# CHAPTER 12 MONTHLY REPORT

Month of December, 2016

DEBTOR(S): Michael D. Stone_____
CASE NO.:__ 14-31692-HI-12_____

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS
(Report on a cash basis, unless you keep financial records on an accrual basis)

I. *Cash received during the month (itemize).*

| Item & Quantity Sold: | Amount |
|---|---|
| 70,800 yds sod | $ 76,170 |
| Delivery Income & Custom Labor | $ 36,260 |
| | $ |
| New loan received this month, if any (from_____) | |
| Wages earned from outside work | $ |
| Other receipts: | |
| A/R Collections/charges | $ 75,120 |
| Total Cash Receipts: | $ 187,550 |

II. *Expenses Paid:*

| | |
|---|---|
| Total amount paid for household: | $ 35,638 |
| Operating expenses paid (itemize): | |
| Item | Amount |
| Cost of Goods | $ 91,544 |
| Operating Expenses | $ 55,610 |
| Subtotal operating expenses paid: | $ 147,154 |
| Plan payments made to Chapter 12 Trustee | $ |
| Total Expenses Paid During Month: | $ 182,792 |

Losses due to boat damage or equipment failure    $_____
Losses due to crop failure or damage                $_____
Losses due to death or disease of livestock or poultry  $_____
(Losses should not be included in profit or loss — it is information only)

PROFIT (OR LOSS) FOR MONTH                          $4,758

III.   *Cash Reconciliation:*

Cash and Bank Accounts Balance at Beginning of Month   $ 1,317
(This is the Cash and Bank accounts Balance at End of Month from the last Report)

Income (or Loss) During Month (This is the Total Cash   $ 4,758
Receipts from page 1 of this Report, less the Total Expenses Paid During
Month from page 1 of this Report) 22114 FM 457

Cash and Bank Accounts Balance at End of Month (This   $ 17,930
total will become the Cash and Bank Accounts Balance at Beginning of Month on the next Report)

PLEASE ATTACH COPIES OF ALL BANK STATEMENTS

IV. *Expenses Charged But Not Paid During Month (itemize):*

| Expense | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

Date  1-12-17

Debtor  Michael Stone

Date

Debtor

This Report and any attachments is due within 15 days following the end of each month and should be sent to David G. Peake, Chapter 12 Trustee, 9660 Hillcroft, Suite 430, Houston, Texas 77096.

# PROSPERITY BANK®

Visit us online at ProsperityBankUSA.com

Statement Date 12/31/2016
Account No ▇▇5861

MICHAEL D STONE
DBA MICHAEL D STONE GRASS FARMS
PO BOX 1168
BAY CITY TX 77404-1168

Page 1 of 20

777

1

## STATEMENT SUMMARY

TX Small Business Check Account No ▇861

| Date | Description | | | Amount |
|---|---|---|---|---|
| 12/01/2016 | Beginning Balance | | | $1,317.43 |
| | 28 Deposits/Other Credits | | + | $187,550.12 |
| | 178 Checks/Other Debits | | - | $170,937.56 |
| 12/31/2016 | Ending Balance | 31 | Days in Statement Period | $17,929.99 |
| | Total Enclosures | | | 170 |

## DEPOSITS/OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 12/01/2016 | ACH Deposit MERCHANT BANKCD DEPOSIT 267049073880 9100001 | $4,164.49 |
| 12/02/2016 | ACH Deposit MERCHANT BANKCD DEPOSIT 267049073880 9100001 | $3,393.29 |
| 12/02/2016 | Deposit | $7,263.87 |
| 12/05/2016 | ACH Deposit MERCHANT BANKCD DEPOSIT 267049073880 9100001 | $3,033.32 |
| 12/05/2016 | ACH Deposit MERCHANT BANKCD DEPOSIT 267049073880 9100001 | $2,774.58 |
| 12/07/2016 | Deposit | $65,000.00 |
| 12/07/2016 | Deposit | $13,515.00 |
| 12/09/2016 | ACH Deposit MERCHANT BANKCD DEPOSIT 267049073880 9100001 | $3,239.05 |
| 12/09/2016 | Deposit | $2,500.00 |
| 12/12/2016 | ACH Deposit MERCHANT BANKCD DEPOSIT 267049073880 9100001 | $3,161.92 |
| 12/12/2016 | ACH Deposit MERCHANT BANKCD DEPOSIT 267049073880 9100001 | $3,856.01 |
| 12/12/2016 | Deposit | $1,012.62 |
| 12/12/2016 | Deposit | $1,043.75 |
| 12/13/2016 | ACH Deposit MERCHANT BANKCD DEPOSIT 267049073880 9100001 | $5,328.26 |
| 12/14/2016 | ACH Deposit MERCHANT BANKCD DEPOSIT 267049073880 9100001 | $1,696.64 |
| 12/14/2016 | Deposit | $3,060.00 |
| 12/15/2016 | ACH Deposit MERCHANT BANKCD DEPOSIT 267049073880 9100001 | $2,159.37 |
| 12/16/2016 | Deposit | $1,615.00 |
| 12/19/2016 | ACH Deposit MERCHANT BANKCD DEPOSIT 267049073880 9100001 | $7,197.88 |
| 12/19/2016 | Deposit | $18,160.00 |
| 12/20/2016 | ACH Deposit MERCHANT BANKCD DEPOSIT 267049073880 9100001 | $7,634.90 |
| 12/21/2016 | ACH Deposit MERCHANT BANKCD DEPOSIT 267049073880 9100001 | $1,773.76 |
| 12/22/2016 | ACH Deposit MERCHANT BANKCD DEPOSIT 267049073880 9100001 | $3,084.81 |
| 12/22/2016 | Deposit | $1,007.50 |
| 12/23/2016 | Deposit | $2,282.50 |
| 12/27/2016 | Deposit | $9,531.25 |
| 12/28/2016 | Deposit | $8,320.00 |
| 12/29/2016 | ACH Deposit MERCHANT BANKCD DEPOSIT 267049073880 9100001 | $740.35 |

9001



MEMBER FDIC   EQUAL HOUSING LENDER   NYSE Symbol "PB"

MICHAEL D STONE

Statement Date 12/31/2016
Account No ▆▆▆5861
Page 2 of 20

## CHECKS

| Check Number | Date | Amount | Check Number | Date | Amount | Check Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 18038 | 12-13 | $1,650.00 | 19418 | 12-06 | $450.00 | 19495 | 12-15 | $1,350.00 |
| 19078* | 12-05 | $1,082.56 | 19419 | 12-09 | $2,550.00 | 19496 | 12-20 | $3,048.00 |
| 19197* | 12-14 | $450.00 | 19420 | 12-06 | $2,180.00 | 19497 | 12-22 | $66.83 |
| 19255* | 12-01 | $4,814.81 | 19421 | 12-19 | $54.13 | 19498 | 12-30 | $962.03 |
| 19257* | 12-12 | $500.00 | 19422 | 12-15 | $221.33 | 19499 | 12-28 | $267.81 |
| 19259* | 12-27 | $450.00 | 19423 | 12-21 | $149.33 | 19500 | 12-20 | $1,200.00 |
| 19260 | 12-02 | $550.00 | 19424 | 12-19 | $1,588.05 | 19503* | 12-28 | $37.41 |
| 19278* | 12-05 | $907.13 | 19425 | 12-12 | $39.96 | 19504 | 12-28 | $21.18 |
| 19310* | 12-06 | $962.03 | 19426 | 12-19 | $72.60 | 19505 | 12-28 | $282.38 |
| 19311 | 12-09 | $1,700.00 | 19428* | 12-08 | $504.77 | 19510* | 12-22 | $39.75 |
| 19316* | 12-06 | $450.00 | 19429 | 12-16 | $760.00 | 19512* | 12-28 | $93.08 |
| 19317 | 12-13 | $450.00 | 19430 | 12-15 | $453.37 | 19513 | 12-28 | $159.75 |
| 19334* | 12-08 | $1,690.00 | 19431 | 12-22 | $2,176.96 | 19514 | 12-20 | $4,590.00 |
| 19335 | 12-22 | $1,844.00 | 19432 | 12-15 | $207.87 | 19516* | 12-27 | $250.09 |
| 19336 | 12-02 | $66.83 | 19433 | 12-13 | $33.56 | 19517 | 12-29 | $53.53 |
| 19341* | 12-19 | $467.20 | 19434 | 12-12 | $1,944.68 | 19518 | 12-29 | $533.33 |
| 19343* | 12-07 | $286.68 | 19435 | 12-20 | $121.65 | 19521* | 12-22 | $1,560.00 |
| 19345* | 12-22 | $287.92 | 19436 | 12-07 | $9,900.00 | 19522 | 12-20 | $4,000.00 |
| 19347* | 12-06 | $22.95 | 19437 | 12-09 | $902.16 | 19526* | 12-30 | $185.38 |
| 19348 | 12-02 | $533.33 | 19438 | 12-13 | $1,350.00 | 19527 | 12-29 | $2,335.87 |
| 19349 | 12-06 | $530.00 | 19439 | 12-14 | $198.34 | 19528 | 12-29 | $1,250.85 |
| 19351* | 12-06 | $201.87 | 19440 | 12-19 | $9,900.00 | 19530* | 12-27 | $300.00 |
| 19354* | 12-09 | $2,475.00 | 19441 | 12-21 | $1,000.00 | 19531 | 12-27 | $300.00 |
| 19356* | 12-08 | $1,040.00 | 19442 | 12-21 | $1,893.25 | 19532 | 12-27 | $300.00 |
| 19360* | 12-02 | $446.32 | 19447* | 12-13 | $888.21 | 19533 | 12-27 | $300.00 |
| 19361 | 12-22 | $478.60 | 19448 | 12-12 | $999.41 | 19534 | 12-23 | $300.00 |
| 19362 | 12-06 | $30.74 | 19449 | 12-13 | $977.42 | 19535 | 12-27 | $300.00 |
| 19363 | 12-02 | $1,379.91 | 19450 | 12-13 | $949.84 | 19536 | 12-23 | $300.00 |
| 19367* | 12-08 | $2,159.00 | 19451 | 12-12 | $1,624.60 | 19537 | 12-27 | $300.00 |
| 19375* | 12-05 | $1,076.00 | 19452 | 12-13 | $527.10 | 19538 | 12-27 | $500.00 |
| 19384* | 12-02 | $1,248.45 | 19453 | 12-12 | $911.93 | 19539 | 12-27 | $500.00 |
| 19385 | 12-13 | $1,000.00 | 19454 | 12-19 | $1,203.95 | 19540 | 12-27 | $1,272.86 |
| 19386 | 12-19 | $1,000.00 | 19455 | 12-13 | $941.12 | 19541 | 12-27 | $1,316.31 |
| 19387 | 12-29 | $1,000.00 | 19456 | 12-13 | $496.47 | 19542 | 12-29 | $1,320.71 |
| 19393* | 12-09 | $675.00 | 19457 | 12-13 | $745.03 | 19543 | 12-27 | $1,279.46 |
| 19394 | 12-08 | $1,040.00 | 19458 | 12-13 | $957.08 | 19544 | 12-29 | $527.10 |
| 19396* | 12-12 | $2,165.14 | 19459 | 12-12 | $1,124.23 | 19545 | 12-27 | $1,231.12 |
| 19397 | 12-15 | $1,295.73 | 19460 | 12-12 | $1,208.63 | 19546 | 12-27 | $1,892.01 |
| 19398 | 12-27 | $16.45 | 19461 | 12-12 | $762.00 | 19547 | 12-23 | $1,611.92 |
| 19400* | 12-27 | $100.00 | 19462 | 12-09 | $2,900.00 | 19548 | 12-27 | $1,398.11 |
| 19401 | 12-12 | $22.00 | 19480* | 12-13 | $490.00 | 19549 | 12-27 | $1,166.20 |
| 19403* | 12-02 | $1,000.00 | 19482* | 12-29 | $2,600.00 | 19550 | 12-29 | $1,327.10 |
| 19405* | 12-01 | $252.50 | 19483 | 12-28 | $1,070.76 | 19551 | 12-27 | $1,140.00 |
| 19406 | 12-13 | $400.16 | 19484 | 12-13 | $1,560.00 | 19552 | 12-27 | $1,199.07 |
| 19408* | 12-05 | $82.32 | 19485 | 12-16 | $12.72 | 19554* | 12-27 | $1,883.43 |
| 19410* | 12-08 | $635.00 | 19486 | 12-20 | $168.00 | 19555 | 12-27 | $1,055.00 |
| 19411 | 12-15 | $1,040.85 | 19487 | 12-20 | $30.85 | 19556 | 12-27 | -$225.79 |
| 19412 | 12-14 | $63.78 | 19488 | 12-27 | $4.05 | 19557 | 12-23 | $4,820.00 |
| 19413 | 12-12 | $77.94 | 19489 | 12-20 | $82.94 | 19571* | 12-28 | $2,200.00 |
| 19414 | 12-19 | $276.79 | 19490 | 12-19 | $84.44 | 19572 | 12-28 | $350.00 |
| 19416* | 12-14 | $83.71 | 19491 | 12-22 | $193.73 | 19579* | 12-30 | $400.00 |
| 19417 | 12-07 | $900.00 | 19494* | 12-20 | $1,040.00 | 19584* | 12-29 | $2,500.00 |

MICHAEL D STONE

Statement Date 12/31/2016
Account No ▮861
Page 3 of 20

## CHECKS

| Check Number | Date | Amount | Check Number | Date | Amount |
|---|---|---|---|---|---|
| 19590* | 12-30 | $1,012.14 | | | |

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 12/01/2016 | ACH Payment HCTRA EFT 161130 EZTAGSTORE 162304 *****1256 | $243.64 |
| 12/01/2016 | Overdraft Charge Item(s) Presented 11/30/2016 | $35.00 |
| 12/02/2016 | ACH Payment AUTHNET GATEWAY BILLING 93835460 10400001380 | $18.85 |
| 12/02/2016 | Overdraft Charge Item(s) Presented 12/01/2016 | $70.00 |
| 12/05/2016 | ACH Payment KUBOTA TRACTOR CIPNONREC 00041191644 3110020 | $149.42 |
| 12/05/2016 | ACH Payment MERCHANT BANKCD INTERCHNG 267049073880 91000 | $120.37 |
| 12/05/2016 | ACH Payment MERCHANT BANKCD FEE 267049073880 91000017458 | $112.44 |
| 12/06/2016 | ACH Payment HCTRA EFT 161205 EZTAGSTORE 162304 *****1259 | $240.00 |
| 12/06/2016 | Deposit Item Ret CK 11985 | $1,012.62 |
| 12/06/2016 | Dep Item Ret Chrg | $10.00 |
| 12/08/2016 | ACH Payment AMEX EPAYMENT ACH PMT V1240 91000013551093 E | $900.00 |
| 12/08/2016 | ACH Payment BK OF AM CRD ACH PAYBYPHONE 1939892 51000019 | $800.00 |
| 12/13/2016 | ACH Payment CHASE MTG PAYMNT *****5244 71000157832560 16 | $902.97 |
| 12/13/2016 | ACH Payment HCTRA EFT 161210 EZTAGSTORE 162304 *****1254 | $277.44 |
| 12/15/2016 | ACH Payment HCTRA EFT 161214 EZTAGSTORE 162304 *****1255 | $240.00 |
| 12/15/2016 | Deposit Item Ret ck 11985 | $1,012.62 |
| 12/15/2016 | Dep Item Ret Chrg | $10.00 |
| 12/21/2016 | ACH Payment HCTRA EFT 161220 EZTAGSTORE 162304 *****1259 | $240.00 |
| 12/27/2016 | ACH Payment CHASE MTG PAYMNT *****5925 71000157442891 16 | $902.97 |
| 12/28/2016 | ACH Payment HCTRA EFT 161227 EZTAGSTORE 162304 *****1252 | $240.00 |
| 12/31/2016 | Service Charge | $18.40 |



## DAILY ENDING BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 12-01 | $135.97 | 12-13 | $43,288.97 | 12-23 | $39,670.12 |
| 12-02 | $5,479.44 | 12-14 | $47,249.78 | 12-27 | $29,618.45 |
| 12-05 | $7,757.10 | 12-15 | $43,577.38 | 12-28 | $33,216.08 |
| 12-06 | $1,666.89 | 12-16 | $44,419.66 | 12-29 | $20,507.94 |
| 12-07 | $69,095.21 | 12-19 | $55,130.38 | 12-30 | $17,948.39 |
| 12-08 | $60,326.44 | 12-20 | $48,483.84 | 12-31 | $17,929.99 |
| 12-09 | $54,863.33 | 12-21 | $46,975.02 | | |
| 12-12 | $52,557.11 | 12-22 | $44,419.54 | | |



## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Service Charge | 12/31/2016 | $18.40 |
| Service Charge Balance | | $135.97 |
| Maintenance Fee | | $10.00 |
| Total Items | | $8.40 |

MICHAEL D STONE                                                                 Account No         5861
                                                                                              Page 4 of 20

| Date | Amount |
|---|---|
| 12/2/2016 | $7,263.87 |
| 12/7/2016 | $65,000.00 |
| 12/7/2016 | $13,515.00 |
| 12/9/2016 | $2,500.00 |
| 12/12/2016 | $1,012.62 |
| 12/12/2016 | $1,043.75 |
| 12/14/2016 | $3,060.00 |
| 12/16/2016 | $1,615.00 |
| 12/19/2016 | $18,160.00 |
| 12/22/2016 | $1,007.50 |
| 12/23/2016 | $2,282.50 |
| 12/27/2016 | $9,531.25 |

9001

MICHAEL D STONE

Account No ███5861

Page 5 of 20

| Date | Check # | Amount |
|---|---|---|
| 12/28/2016 | | $8,320.00 |
| 12/13/2016 | 18038 | $1,650.00 |
| 12/5/2016 | 19078 | $1,082.56 |
| 12/14/2016 | 19197 | $450.00 |
| 11/30/2016 | 19255 | $4,814.81 |
| 12/12/2016 | 19257 | $500.00 |
| 12/27/2016 | 19259 | $450.00 |
| 12/1/2016 | 19260 | $550.00 |
| 12/5/2016 | 19278 | $907.13 |
| 12/6/2016 | 19310 | $962.03 |
| 12/9/2016 | 19311 | $1,700.00 |
| 12/6/2016 | 19316 | $450.00 |




9001

00A013 : 00077703

MICHAEL D STONE                                                              Account No         ▮▮▮▮861
                                                                                      Page 6 of 20



| Date | Check # | Amount |
|---|---|---|
| 12/13/2016 | 19317 | $450.00 |
| 12/8/2016 | 19334 | $1,690.00 |
| 12/22/2016 | 19335 | $1,844.00 |
| 12/2/2016 | 19336 | $66.83 |
| 12/19/2016 | 19341 | $467.20 |
| 12/7/2016 | 19343 | $286.68 |
| 12/22/2016 | 19345 | $287.92 |
| 12/6/2016 | 19347 | $22.95 |
| 12/2/2016 | 19348 | $533.33 |
| 12/6/2016 | 19349 | $530.00 |
| 12/6/2016 | 19351 | $201.87 |
| 12/9/2016 | 19354 | $2,475.00 |

9001

MICHAEL D STONE                                                                                     Account No      ████861
                                                                                                                 Page 7 of 20



| Date | Check # | Amount |
|---|---|---|
| 12/8/2016 | 19356 | $1,040.00 |
| 12/2/2016 | 19360 | $446.32 |
| 12/22/2016 | 19361 | $478.60 |
| 12/6/2016 | 19362 | $30.74 |
| 12/1/2016 | 19363 | $1,379.91 |
| 12/8/2016 | 19367 | $2,159.00 |


12/5/2016    19375    $1,076.00


12/2/2016    19384    $1,248.45


12/13/2016    19385    $1,000.00


12/19/2016    19386    $1,000.00


12/29/2016    19387    $1,000.00

12/9/2016    19393    $675.00

MICHAEL D STONE                                                                 Account No          ████861
                                                                                                Page 8 of 20

| Date | Check # | Amount |
|---|---|---|
| 12/8/2016 | 19394 | $1,040.00 |
| 12/12/2016 | 19396 | $2,165.14 |
| 12/15/2016 | 19397 | $1,295.73 |
| 12/27/2016 | 19398 | $16.45 |
| 12/27/2016 | 19400 | $100.00 |
| 12/12/2016 | 19401 | $22.00 |
| 12/2/2016 | 19403 | $1,000.00 |
| 12/1/2016 | 19405 | $252.50 |
| 12/13/2016 | 19406 | $400.16 |
| 12/5/2016 | 19408 | $82.32 |
| 12/6/2016 | 19410 | $635.00 |
| 12/15/2016 | 19411 | $1,040.85 |

9001

MICHAEL D STONE                                              Account No   ████861



| Date | Check # | Amount |
|---|---|---|
| 12/14/2016 | 19412 | $63.78 |
| 12/12/2016 | 19413 | $77.94 |
| 12/19/2016 | 19414 | $276.79 |
| 12/14/2016 | 19416 | $83.71 |
| 12/7/2016 | 19417 | $900.00 |
| 12/6/2016 | 19418 | $450.00 |
| 12/9/2016 | 19419 | $2,550.00 |
| 12/6/2016 | 19420 | $2,180.00 |
| 12/19/2016 | 19421 | $54.13 |
| 12/15/2016 | 19422 | $221.33 |
| 12/21/2016 | 19423 | $149.33 |
| 12/19/2016 | 19424 | $1,588.05 |



MICHAEL D STONE

Account No ████861

| Date | Check # | Amount |
|---|---|---|
| 12/12/2016 | 19425 | $39.96 |
| 12/19/2016 | 19426 | $72.60 |
| 12/8/2016 | 19428 | $504.77 |
| 12/16/2016 | 19429 | $760.00 |
| 12/15/2016 | 19430 | $453.37 |
| 12/22/2016 | 19431 | $2,176.96 |
| 12/15/2016 | 19432 | $207.87 |
| 12/13/2016 | 19433 | $33.56 |
| 12/12/2016 | 19434 | $1,944.68 |
| 12/20/2016 | 19435 | $121.65 |
| 12/7/2016 | 19436 | $9,900.00 |
| 12/9/2016 | 19437 | $902.16 |

MICHAEL D STONE                                                                 Account No          ███861

| | | | |
|---|---|---|---|
| 12/13/2016 | 19438 | $1,350.00 |  |
| | | | 12/14/2016  19439  $198.34 |
| 12/19/2016 | 19440 | $9,900.00 |  |
|  | | | 12/21/2016  19441  $1,000.00 |
| 12/21/2016 | 19442 | $1,893.25 | 12/13/2016  19447  $888.21 |
|  | | |  |
| 12/12/2016 | 19448 | $999.41 | 12/13/2016  19449  $977.42 |
|  | | |  |
| 12/13/2016 | 19450 | $949.84 | 12/12/2016  19451  $1,624.60 |
|  | | | |
| 12/13/2016 | 19452 | $527.10 | 12/12/2016  19453  $911.93 |

9001

00A016 : 00077706

MICHAEL D STONE                                                    Account No         ████861

Page 12 of 20

| 12/19/2016 | 19454 | $1,203.95 | 12/13/2016 | 19455 | $941.12 |
| 12/13/2016 | 19456 | $496.47 | 12/13/2016 | 19457 | $745.03 |
| 12/13/2016 | 19458 | $957.08 | 12/12/2016 | 19459 | $1,124.23 |
| 12/12/2016 | 19460 | $1,208.63 | 12/12/2016 | 19461 | $762.00 |
| 12/9/2016 | 19462 | $2,900.00 | 12/13/2016 | 19480 | $490.00 |
| 12/29/2016 | 19482 | $2,600.00 | 12/28/2016 | 19483 | $1,070.76 |



9001

MICHAEL D STONE — Account No ****861 — Page 13 of 20



12/13/2016   19484   $1,560.00



12/16/2016   19485   $12.72



12/20/2016   19486   $168.00



12/20/2016   19487   $30.85



12/27/2016   19488   $4.05



12/20/2016   19489   $82.94



12/19/2016   19490   $84.44



12/22/2016   19491   $193.73




12/20/2016   19494   $1,040.00



12/15/2016   19495   $1,350.00



12/20/2016   19496   $3,048.00



12/22/2016   19497   $66.83

MICHAEL D STONE                                         Account No      ████861
                                                                    Page 14 of 20



| Date | Check # | Amount |
|---|---|---|
| 12/30/2016 | 19498 | $962.03 |
| 12/28/2016 | 19499 | $267.81 |
| 12/20/2016 | 19500 | $1,200.00 |
| 12/28/2016 | 19503 | $37.41 |
| 12/28/2016 | 19504 | $21.18 |
| 12/28/2016 | 19505 | $282.38 |
| 12/22/2016 | 19510 | $39.75 |
| 12/28/2016 | 19512 | $93.08 |
| 12/28/2016 | 19513 | $159.75 |
| 12/20/2016 | 19514 | $4,590.00 |
| 12/27/2016 | 19516 | $250.09 |
| 12/29/2016 | 19517 | $53.53 |


9001

MICHAEL D STONE

Account No ▓▓▓861

Page 15 of 20



| Date | Check # | Amount |
|---|---|---|
| 12/29/2016 | 19518 | $533.33 |
| 12/22/2016 | 19521 | $1,560.00 |




| Date | Check # | Amount |
|---|---|---|
| 12/20/2016 | 19522 | $4,000.00 |
| 12/30/2016 | 19526 | $185.38 |




| Date | Check # | Amount |
|---|---|---|
| 12/29/2016 | 19527 | $2,335.87 |
| 12/29/2016 | 19528 | $1,250.85 |




| Date | Check # | Amount |
|---|---|---|
| 12/27/2016 | 19530 | $300.00 |
| 12/27/2016 | 19531 | $300.00 |



| Date | Check # | Amount |
|---|---|---|
| 12/27/2016 | 19532 | $300.00 |
| 12/27/2016 | 19533 | $300.00 |
| 12/23/2016 | 19534 | $300.00 |
| 12/27/2016 | 19535 | $300.00 |

9001

MICHAEL D STONE  Account No ▓▓▓861

| Date | Check # | Amount |
|---|---|---|
| 12/23/2016 | 19536 | $300.00 |
| 12/27/2016 | 19537 | $300.00 |
| 12/27/2016 | 19538 | $500.00 |
| 12/27/2016 | 19539 | $500.00 |
| 12/27/2016 | 19540 | $1,272.86 |
| 12/27/2016 | 19541 | $1,316.31 |
| 12/29/2016 | 19542 | $1,320.71 |
| 12/27/2016 | 19543 | $1,279.46 |
| 12/29/2016 | 19544 | $527.10 |
| 12/27/2016 | 19545 | $1,231.12 |
| 12/27/2016 | 19546 | $1,892.01 |
| 12/23/2016 | 19547 | $1,611.92 |

9001

MICHAEL D STONE  Account No ███861
Page 17 of 20


12/27/2016   19548   $1,398.11


12/27/2016   19549   $1,166.20


12/29/2016   19550   $1,327.10


12/27/2016   19551   $1,140.00


12/27/2016   19552   $1,199.07


12/27/2016   19554   $1,883.43


12/27/2016   19555   $1,055.00


12/27/2016   19556   $225.79


12/23/2016   19557   $4,820.00


12/28/2016   19571   $2,200.00

12/28/2016   19572   $350.00

12/30/2016   19579   $400.00

MICHAEL D STONE

Account No ████861

| Date | Check # | Amount |
|---|---|---|
| 12/29/2016 | 19584 | $2,500.00 |
| 12/30/2016 | 19590 | $1,012.14 |