# CHAPTER 12 MONTHLY REPORT

Month of January, 2017

DEBTOR(S): Michael D. Stone
CASE NO.: 14-31692-HI-12

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS
(Report on a cash basis, unless you keep financial records on an accrual basis)

I. *Cash received during the month (itemize).*

| Item & Quantity Sold: | Amount |
|---|---|
| 64,878 yds sod | $ 74,064 |
| Delivery Income & Custom Labor | $ 34,227 |
| | $ |
| New loan received this month, if any (from_____) | |
| Wages earned from outside work | $ |
| Other receipts: | |
| A/R Collections/charges | $ -14,039 |
| Total Cash Receipts: | $ 94,252 |

II. *Expenses Paid:*

| | |
|---|---|
| Total amount paid for household: | $ 18,965 |
| Operating expenses paid (itemize): | |
| Item | Amount |
| Cost of Goods | $ 46,062 |
| Operating Expenses | $ 39,386 |
| Subtotal operating expenses paid: | $ 85,448 |
| Plan payments made to Chapter 12 Trustee | $ |
| Total Expenses Paid During Month: | $ 104,413 |

| | |
|---|---|
| Losses due to boat damage or equipment failure | $ |
| Losses due to crop failure or damage | $ |
| Losses due to death or disease of livestock or poultry | $ |

(Losses should not be included in profit or loss — it is information only)

| | |
|---|---|
| PROFIT (OR LOSS) FOR MONTH | $-10,161 |

III. *Cash Reconciliation:*

Cash and Bank Accounts Balance at Beginning of Month  $ 17,930
(This is the Cash and Bank accounts Balance at End of Month from the last Report)

Income (or Loss) During Month (This is the Total Cash    $ -10,161
Receipts from page 1 of this Report, less the Total Expenses Paid During
Month from page 1 of this Report) 22114 FM 457

Cash and Bank Accounts Balance at End of Month (This   $ 2,322
total will become the Cash and Bank Accounts Balance at Beginning of Month on the next Report)

PLEASE ATTACH COPIES OF ALL BANK STATEMENTS

IV. *Expenses Charged But Not Paid During Month (itemize):*

| Expense | Amount |
|---------|--------|
|         |        |
|         |        |
|         |        |
|         |        |
|         |        |

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

2-15-17                                    [signature]
Date                                       Debtor

_____                                _____
Date                                       Debtor

This Report and any attachments is due within 15 days following the end of each month and should be sent to David G. Peake, Chapter 12 Trustee, 9660 Hillcroft, Suite 430, Houston, Texas 77096.



# PROSPERITY BANK®

Visit us online at ProsperityBankUSA.com

Statement Date    1/31/2017
Account No    ■■■861

MICHAEL D STONE
DBA MICHAEL D STONE GRASS FARMS
PO BOX 1168
BAY CITY TX 77404-1168

Page 1 of 18

773

1

On June 14, 2016, the Federal Bureau of Investigation issued a Public Service Announcement entitled BUSINESS E-MAIL COMPROMISE: THE 3.1 BILLION DOLLAR SCAM. You can read the full announcement on their website: https://www.ic3.gov/media/2016/160614.aspx.

Wire transfers and/or ACH origination instructions that are initiated by email, fax, and telephone represent a significant risk for fraud. Email accounts can be hacked and hijacked. Fax numbers can be spoofed and emulated with signatures scanned and pasted. Voice calls can never be authenticated without additional verification methods, such as a call back and/or PIN.

Unfortunately, there have been increasing instances where individuals or companies fall victim to wire transfer and/or ACH origination scams perpetrated through fake emails, faxes, or voice requests - often from people they believe to be senior executives of their own company, legitimate vendors, or customers.

Don't be a victim. Always question wiring instructions or ACH origination instructions sent by email, fax, or telephone - especially those with last minute changes for an intended beneficiary.

For more information regarding online security and fraud prevention, visit our website at https://www.prosperitybankusa.com/fraud-prevention.aspx.

## STATEMENT SUMMARY    TX Small Business Check Account No 2545861

| Date | Description | | | Amount |
|---|---|---|---|---|
| 01/01/2017 | Beginning Balance | | | $17,929.99 |
| | 19 Deposits/Other Credits | | + | $94,252.43 |
| | 150 Checks/Other Debits | | - | $109,860.41 |
| 01/31/2017 | Ending Balance | 31 | Days in Statement Period | $2,322.01 |
| | Total Enclosures | | | 138 |

### DEPOSITS/OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 01/03/2017 | ACH Deposit MERCHANT BANKCD DEPOSIT 267049073880 9100001 | $1,593.82 |
| 01/05/2017 | ACH Deposit MERCHANT BANKCD DEPOSIT 267049073880 9100001 | $2,544.96 |
| 01/06/2017 | ACH Deposit MERCHANT BANKCD DEPOSIT 267049073880 9100001 | $1,542.40 |
| 01/06/2017 | Deposit | $2,025.00 |
| 01/06/2017 | Deposit | $10,473.75 |
| 01/06/2017 | Deposit | $1,000.00 |
| 01/06/2017 | Deposit | $6,000.00 |
| 01/06/2017 | Deposit | $4,112.50 |

MEMBER FDIC      NYSE Symbol "PB"

MICHAEL D STONE

Statement Date  1/31/2017
Account No  ▇861
Page 2 of 18

## DEPOSITS/OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 01/10/2017 | Deposit | $4,000.00 |
| 01/11/2017 | Deposit | $13,978.75 |
| 01/13/2017 | Deposit | $7,600.00 |
| 01/17/2017 | Deposit | $1,200.00 |
| 01/19/2017 | Deposit | $8,000.00 |
| 01/20/2017 | Deposit | $2,570.00 |
| 01/23/2017 | Deposit | $2,673.75 |
| 01/24/2017 | Deposit | $9,307.50 |
| 01/25/2017 | Deposit | $6,230.00 |
| 01/30/2017 | Deposit | $3,700.00 |
| 01/31/2017 | Deposit | $5,700.00 |

## CHECKS

| Check Number | Date | Amount | Check Number | Date | Amount | Check Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 19342 | 01-10 | $469.43 | 19594 | 01-05 | $295.40 | 19636 | 01-13 | $527.10 |
| 19352* | 01-09 | $166.09 | 19595 | 01-03 | $486.91 | 19637 | 01-09 | $1,035.40 |
| 19388* | 01-04 | $1,000.00 | 19596 | 01-24 | $905.59 | 19638 | 01-09 | $1,520.81 |
| 19481* | 01-04 | $265.20 | 19597 | 01-13 | $520.00 | 19639 | 01-09 | $1,284.33 |
| 19492* | 01-10 | $441.32 | 19598 | 01-03 | $520.00 | 19640 | 01-10 | $638.80 |
| 19493 | 01-03 | $1,300.00 | 19599 | 01-09 | $443.98 | 19641 | 01-09 | $874.81 |
| 19502* | 01-03 | $306.20 | 19600 | 01-09 | $106.67 | 19642 | 01-11 | $1,258.55 |
| 19506* | 01-06 | $519.00 | 19601 | 01-10 | $35.82 | 19643 | 01-09 | $549.48 |
| 19507 | 01-06 | $2,000.00 | 19602 | 01-09 | $47.29 | 19644 | 01-09 | $1,286.96 |
| 19508 | 01-06 | $162.17 | 19603 | 01-17 | $303.48 | 19645 | 01-11 | $1,085.14 |
| 19509 | 01-04 | $500.00 | 19606* | 01-11 | $38.84 | 19646 | 01-09 | $1,148.75 |
| 19511* | 01-11 | $1,233.71 | 19608* | 01-09 | $73.91 | 19647 | 01-06 | $2,960.00 |
| 19515* | 01-09 | $900.00 | 19609 | 01-04 | $350.00 | 19648 | 01-18 | $1,740.00 |
| 19519* | 01-05 | $1,300.00 | 19610 | 01-04 | $1,750.00 | 19649 | 01-11 | $156.43 |
| 19520 | 01-03 | $1,940.00 | 19611 | 01-09 | $1,750.00 | 19650 | 01-11 | $650.00 |
| 19524* | 01-25 | $5,000.00 | 19612 | 01-30 | $3,000.00 | 19651 | 01-11 | $180.00 |
| 19553* | 01-24 | $225.79 | 19613 | 01-20 | $3,000.00 | 19652 | 01-06 | $520.00 |
| 19558* | 01-05 | $448.05 | 19615* | 01-11 | $3,500.00 | 19653 | 01-09 | $94.65 |
| 19559 | 01-03 | $169.37 | 19616 | 01-10 | $617.03 | 19654 | 01-11 | $188.09 |
| 19561* | 01-04 | $93.66 | 19617 | 01-09 | $740.00 | 19655 | 01-11 | $1,600.00 |
| 19562 | 01-03 | $219.00 | 19618 | 01-13 | $2,180.00 | 19656 | 01-24 | $323.32 |
| 19563 | 01-03 | $49.95 | 19619 | 01-11 | $838.80 | 19657 | 01-24 | $121.65 |
| 19565* | 01-04 | $23.22 | 19620 | 01-11 | $459.60 | 19659* | 01-31 | $650.00 |
| 19573* | 01-09 | $54.56 | 19621 | 01-11 | $580.00 | 19660 | 01-24 | $2,202.94 |
| 19574 | 01-11 | $31.54 | 19622 | 01-17 | $300.00 | 19664* | 01-24 | $32.46 |
| 19576* | 01-17 | $1,972.49 | 19623 | 01-17 | $87.75 | 19665 | 01-13 | $600.00 |
| 19577 | 01-09 | $18.40 | 19624 | 01-17 | $63.78 | 19676* | 01-31 | $272.47 |
| 19578 | 01-06 | $2,525.00 | 19626* | 01-18 | $224.56 | 19678* | 01-31 | $185.38 |
| 19580* | 01-03 | $1,040.00 | 19627 | 01-12 | $83.70 | 19679 | 01-31 | $469.94 |
| 19582* | 01-13 | $1,040.00 | 19628 | 01-13 | $1,031.83 | 19680 | 01-27 | $80.00 |
| 19585* | 01-03 | $600.00 | 19629 | 01-12 | $34.21 | 19681 | 01-31 | $21.18 |
| 19586 | 01-03 | $381.00 | 19630 | 01-06 | $1,544.31 | 19683* | 01-19 | $1,600.00 |
| 19587 | 01-11 | $1,566.81 | 19631 | 01-09 | $52.95 | 19684 | 01-19 | $3,200.00 |
| 19588 | 01-18 | $232.84 | 19632 | 01-09 | $1,126.24 | 19685 | 01-19 | $200.00 |
| 19589 | 01-03 | $1,000.00 | 19633 | 01-09 | $1,021.43 | 19686 | 01-19 | $100.00 |
| 19591* | 01-04 | $1,732.72 | 19634 | 01-10 | $997.73 | 19687 | 01-24 | $72.00 |
| 19593* | 01-03 | $5,000.00 | 19635 | 01-09 | $1,063.09 | 19689* | 01-31 | $300.00 |

9001

MICHAEL D STONE

Statement Date 1/31/2017
Account No ▇▇▇▇861
Page 3 of 18

### CHECKS

| Check Number | Date | Amount | Check Number | Date | Amount | Check Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 19690 | 01-24 | $800.00 | 19705* | 01-31 | $32.47 | 19711 | 01-23 | $1,920.00 |
| 19697* | 01-31 | $265.41 | 19708* | 01-24 | $873.52 | 19712 | 01-26 | $850.00 |
| 19698 | 01-27 | $533.33 | 19709 | 01-23 | $1,783.35 | 19724* | 01-31 | $520.00 |
| 19700* | 01-27 | $275.00 | 19710 | 01-24 | $1,238.25 | | | |

### OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 01/03/2017 | ACH Payment MERCHANT BANKCD INTERCHNG 267049073880 91000 | $36.80 |
| 01/03/2017 | ACH Payment MERCHANT BANKCD FEE 267049073880 91000011541 | $113.04 |
| 01/03/2017 | ACH Payment MERCHANT BANKCD DEPOSIT 267049073880 9100001 | $19.95 |
| 01/04/2017 | ACH Payment AUTHNET GATEWAY BILLING 94308349 10400001283 | $19.00 |
| 01/04/2017 | ACH Payment KUBOTA TRACTOR CIPNONREC 00041191644 3110020 | $149.42 |
| 01/05/2017 | ACH Payment HCTRA EFT 170104 EZTAGSTORE 162304 *****1258 | $240.00 |
| 01/06/2017 | Overdraft Charge Item(s) Presented 01/05/2017 | $35.00 |
| 01/10/2017 | ACH Payment CHASE MTG PAYMNT *****8325 71000157883702 16 | $902.97 |
| 01/10/2017 | Overdraft Charge Item(s) Presented 01/09/2017 | $105.00 |
| 01/11/2017 | Overdraft Charge Item(s) Presented 01/10/2017 | $245.00 |
| 01/12/2017 | ACH Payment HCTRA EFT 170111 EZTAGSTORE 162304 *****1252 | $240.00 |
| 01/13/2017 | Overdraft Charge Item(s) Presented 01/12/2017 | $175.00 |
| 01/17/2017 | Overdraft Charge Item(s) Presented 01/13/2017 | $35.00 |
| 01/18/2017 | Overdraft Charge Item(s) Presented 01/17/2017 | $105.00 |
| 01/19/2017 | ACH Payment HCTRA EFT 170115 EZTAGSFORE 162304 *****1255 | $240.00 |
| 01/19/2017 | Overdraft Charge Item(s) Presented 01/18/2017 | $175.00 |
| 01/20/2017 | Overdraft Charge Item(s) Presented 01/19/2017 | $35.00 |
| 01/23/2017 | Overdraft Charge Item(s) Presented 01/20/2017 | $70.00 |
| 01/24/2017 | ACH Payment CHASE MTG PAYMNT *****0253 71000158046029 16 | $902.97 |
| 01/24/2017 | Overdraft Charge Item(s) Presented 01/23/2017 | $210.00 |
| 01/25/2017 | ACH Payment HCTRA EFT 170124 EZTAGSTORE 162304 *****1259 | $240.00 |
| 01/25/2017 | ACH Payment WELL PREM FIN Debit 14-T5-5834147 1140000933 | $211.87 |
| 01/25/2017 | Overdraft Charge Item(s) Presented 01/24/2017 | $35.00 |
| 01/26/2017 | Overdraft Charge Item(s) Presented 01/25/2017 | $35.00 |
| 01/27/2017 | Overdraft Charge Item(s) Presented 01/26/2017 | $105.00 |
| 01/30/2017 | Overdraft Charge Item(s) Presented 01/27/2017 | $35.00 |
| 01/31/2017 | Overdraft Charge Item(s) Presented 01/30/2017 | $210.00 |
| 01/31/2017 | Service Charge | $10.00 |



### DAILY ENDING BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01-01 | $17,929.99 | 01-11 | $406.39 | 01-23 | -$1,369.95 |
| 01-03 | $6,341.59 | 01-12 | $48.48 | 01-24 | $29.06 |
| 01-04 | $458.37 | 01-13 | $1,574.55 | 01-25 | $772.19 |
| 01-05 | $719.88 | 01-17 | $12.05 | 01-26 | -$112.81 |
| 01-06 | $15,608.05 | 01-18 | -$2,290.35 | 01-27 | -$1,106.14 |
| 01-09 | $248.25 | 01-19 | $194.65 | 01-30 | -$441.14 |
| 01-10 | $40.15 | 01-20 | -$270.35 | 01-31 | $2,322.01 |

MICHAEL D STONE

Statement Date  1/31/2017
Account No  ████861
Page 4 of 18

### SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Service Charge | 01/31/2017 | $10.00 |
| Service Charge Balance | | -$2,290.35 |
| Maintenance Fee | | $10.00 |

9001

MICHAEL D STONE

Account No ▮▮▮▮861

Page 5 of 18

| Date | Amount | Date | Amount |
|---|---|---|---|
| 1/6/2017 | $1,000.00 | 1/6/2017 | $2,025.00 |
| 1/6/2017 | $10,473.75 | 1/6/2017 | $4,112.50 |
| 1/6/2017 | $6,000.00 | 1/10/2017 | $4,000.00 |
| 1/11/2017 | $13,978.75 | 1/13/2017 | $7,600.00 |
| 1/17/2017 | $1,200.00 | 1/19/2017 | $8,000.00 |
| 1/20/2017 | $2,570.00 | 1/23/2017 | $2,673.75 |



9001

009013 : 00077303

MICHAEL D STONE                                                                 Account No         ▇▇861
                                                                                                    Page 6 of 18

| Date | Check # | Amount |
|---|---|---|
| 1/24/2017 | (deposit ticket) | $9,307.50 |
| 1/25/2017 | (deposit ticket) | $6,230.00 |
| 1/30/2017 | (deposit ticket) | $3,700.00 |
| 1/31/2017 | (deposit ticket) | $5,700.00 |
| 1/9/2017 | 19342 — Wofford Electric & Pump Supply | $469.43 |
| 1/9/2017 | 19352 — Wofford Electric & Pump Supply | $166.09 |
| 1/4/2017 | 19388 — BFB Top / One Thousand dollars | $1,000.00 |
| 1/4/2017 | 19481 — ABM Irrigation | $265.20 |
| 1/9/2017 | 19492 — Wofford Electric & Pump Supply | $441.32 |
| 1/3/2017 | 19493 — Melvin Dunn | $1,300.00 |
| 1/3/2017 | 19502 — AT&T | $306.20 |
| 1/6/2017 | 19506 — Bieberger Turfgrass, LLC | $519.00 |

9001

MICHAEL D STONE                                                          Account No           ████861
                                                                                        Page 7 of 18

| Date | Check # | Amount |
|---|---|---|
| 1/6/2017 | 19507 | $2,000.00 |
| 1/6/2017 | 19508 | $162.17 |
| 1/4/2017 | 19509 | $500.00 |
| 1/11/2017 | 19511 | $1,233.71 |
| 1/9/2017 | 19515 | $900.00 |
| 1/5/2017 | 19519 | $1,300.00 |
| 1/3/2017 | 19520 | $1,940.00 |
| 1/24/2017 | 19524 | $5,000.00 |
| 1/24/2017 | 19553 | $225.79 |
| 1/5/2017 | 19558 | $448.05 |
| 1/3/2017 | 19559 | $169.37 |
| 1/4/2017 | 19561 | $93.66 |



9001

009014 : 0007304

MICHAEL D STONE

Account No ████861

Page 8 of 18

| Date | Check # | Amount |
|---|---|---|
| 1/3/2017 | 19562 | $219.00 |
| 1/3/2017 | 19563 | $49.95 |
| 1/4/2017 | 19565 | $23.22 |
| 1/9/2017 | 19573 | $54.56 |
| 1/11/2017 | 19574 | $31.54 |
| 1/13/2017 | 19576 | $1,972.49 |
| 1/9/2017 | 19577 | $18.40 |
| 1/5/2017 | 19578 | $2,525.00 |
| 1/3/2017 | 19580 | $1,040.00 |
| 1/12/2017 | 19582 | $1,040.00 |
| 1/3/2017 | 19585 | $600.00 |
| 1/3/2017 | 19586 | $381.00 |

9001

MICHAEL D STONE                                                    Account No         861



1/11/2017          19587          $1,566.81



1/17/2017          19588          $232.84



1/3/2017           19589          $1,000.00



1/4/2017           19591          $1,732.72



1/3/2017           19593          $5,000.00



1/5/2017           19594          $295.40



1/3/2017           19595          $486.91



1/24/2017          19596          $905.59



1/12/2017          19597          $520.00



1/3/2017           19598          $520.00



1/9/2017           19599          $443.98



1/9/2017           19600          $106.67

MICHAEL D STONE                                                                 Account No  ████861

| Date | Check # | Amount |
|---|---|---|
| 1/10/2017 | 19601 | $35.82 |
| 1/9/2017 | 19602 | $47.29 |
| 1/17/2017 | 19603 | $303.48 |
| 1/11/2017 | 19606 | $38.84 |
| 1/9/2017 | 19608 | $73.91 |
| 1/4/2017 | 19609 | $350.00 |
| 1/4/2017 | 19610 | $1,750.00 |
| 1/9/2017 | 19611 | $1,750.00 |
| 1/27/2017 | 19612 | $3,000.00 |
| 1/19/2017 | 19613 | $3,000.00 |
| 1/11/2017 | 19615 | $3,500.00 |
| 1/9/2017 | 19616 | $617.03 |

MICHAEL D STONE

Account No ████861
Page 11 of 18

| Date | Check # | Amount |
|---|---|---|
| 1/9/2017 | 19617 | $740.00 |
| 1/12/2017 | 19618 | $2,180.00 |
| 1/10/2017 | 19619 | $838.80 |
| 1/10/2017 | 19620 | $459.60 |
| 1/11/2017 | 19621 | $580.00 |
| 1/17/2017 | 19622 | $300.00 |
| 1/17/2017 | 19623 | $87.75 |
| 1/17/2017 | 19624 | $63.78 |
| 1/17/2017 | 19626 | $224.56 |
| 1/12/2017 | 19627 | $83.70 |
| 1/12/2017 | 19628 | $1,031.83 |
| 1/12/2017 | 19629 | $34.21 |

9001

0009016 : 00077306

MICHAEL D STONE                              Account No        ████861
                                                               Page 12 of 18

| Date | Check # | Amount |
|---|---|---|
| 1/6/2017 | 19630 | $1,544.31 |
| 1/9/2017 | 19631 | $52.95 |
| 1/9/2017 | 19632 | $1,126.24 |
| 1/9/2017 | 19633 | $1,021.43 |
| 1/10/2017 | 19634 | $997.73 |
| 1/9/2017 | 19635 | $1,063.09 |
| 1/13/2017 | 19636 | $527.10 |
| 1/9/2017 | 19637 | $1,035.40 |
| 1/9/2017 | 19638 | $1,520.81 |
| 1/9/2017 | 19639 | $1,284.33 |
| 1/10/2017 | 19640 | $638.80 |
| 1/9/2017 | 19641 | $874.81 |

9001

MICHAEL D STONE                                           Account No ●●●●861
                                                                      Page 13 of 18



| Date | Check # | Amount |
|---|---|---|
| 1/10/2017 | 19642 | $1,258.55 |
| 1/9/2017 | 19643 | $549.48 |
| 1/9/2017 | 19644 | $1,286.96 |
| 1/11/2017 | 19645 | $1,085.14 |
| 1/9/2017 | 19646 | $1,148.75 |
| 1/6/2017 | 19647 | $2,960.00 |
| 1/17/2017 | 19648 | $1,740.00 |
| 1/11/2017 | 19649 | $156.43 |
| 1/10/2017 | 19650 | $650.00 |
| 1/10/2017 | 19651 | $180.00 |
| 1/6/2017 | 19652 | $520.00 |
| 1/9/2017 | 19653 | $94.65 |

MICHAEL D STONE                                                                 Account No       ████861
                                                                                                Page 14 of 18

| Date | Check # | Amount | Payee |
|---|---|---|---|
| 1/10/2017 | 19654 | $188.09 | Esteban Cervantes |
| 1/10/2017 | 19655 | $1,600.00 | Willie Dittmer |
| 1/23/2017 | 19656 | $323.32 | Homer Orgeo(?) |
| 1/24/2017 | 19657 | $121.65 | AT&T |
| 1/31/2017 | 19659 | $650.00 | Melvin Dunn |
| 1/23/2017 | 19660 | $2,202.94 | Ed's Country Store |
| 1/24/2017 | 19664 | $32.46 | TSD Incorporated |
| 1/12/2017 | 19665 | $600.00 | Juan Trevino |
| 1/30/2017 | 19676 | $272.47 | De Lage Landen Financial Services, LLC |
| 1/30/2017 | 19678 | $185.38 | IPFS Corporation |
| 1/31/2017 | 19679 | $469.94 | Just Energy |
| 1/26/2017 | 19680 | $80.00 | Scott's Service & Supply |

9001

MICHAEL D STONE                                                                 Account No ▓▓▓▓861
                                                                                Page 15 of 18

| Date | Check # | Amount |
|---|---|---|
| 1/30/2017 | 19681 | $21.18 |
| 1/18/2017 | 19683 | $1,600.00 |
| 1/18/2017 | 19684 | $3,200.00 |
| 1/18/2017 | 19685 | $200.00 |
| 1/18/2017 | 19686 | $100.00 |
| 1/23/2017 | 19687 | $72.00 |
| 1/30/2017 | 19689 | $300.00 |
| 1/23/2017 | 19690 | $800.00 |
| 1/30/2017 | 19697 | $265.41 |
| 1/26/2017 | 19698 | $533.33 |
| 1/26/2017 | 19700 | $275.00 |
| 1/30/2017 | 19705 | $32.47 |




MICHAEL D STONE                                        Account No         ■■■861



1/23/2017           19708           $873.52



1/20/2017           19709           $1,783.35



1/23/2017           19710           $1,238.25



1/20/2017           19711           $1,920.00



1/25/2017           19712           $850.00



1/31/2017           19724           $520.00

9001

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you believe there is an error on your statement, or if you need additional information about a transaction listed on your statement, or if you believe a substitute check does not accurately reflect a transaction, send a written letter on a separate sheet to P.O. Drawer G, El Campo, Texas 77437 as soon as possible. We must hear from you no later than 60 days (40 days for Check 21 expedited recrediting rights) after we sent you the first statement on which the error or problem appeared. Otherwise, the account will be considered correct. You can telephone us with inquires at your local banking center or at 800-531-1401, but doing so will not preserve your rights.

In your letter, give us the following information:
1) Your name and account number.
2) The dollar amount of the suspected error.
3) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
4) For a substitute check explain why an original or better copy is necessary and provide sufficient information to identify the substitute check.

*The Check 21 Act procedures and expedited recrediting rights are only available to consumer customers. Check 21 will result in a reduction in the time between the cashing and clearing of a check. Please ensure that you have available funds on deposit before writing checks to avoid the risk of being overdrawn.*

**In case of errors or questions about your electronic transfers,** we will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you have use of the money during the time it takes us to complete the investigation.

TO REPORT LOST OR STOLEN PROSPERITY BANK DEBIT CARD, CALL YOUR LOCAL BANKING CENTER. AFTER HOURS, CALL 800-684-2132.



### THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

| | | CHECKS OUTSTANDING | |
|---|---|---|---|
| YOUR BALANCE SHOWN ON THIS STATEMENT | $ _____ | NO. | AMOUNT |
| ADD + (IF ANY) DEPOSITS NOT SHOWN ON THIS STATEMENT | $ _____ | | |
| TOTAL | $ _____ | | |
| SUBTRACT - (IF ANY) CHECKS OUTSTANDING | $ _____ | | |
| BALANCE | $ _____ | MISC. CHARGES | |
| SHOULD AGREE WITH YOUR CHECK BOOK BALANCE | | TOTAL | |

PLEASE EXAMINE THIS STATEMENT AT ONCE. NOTIFY US IN WRITING OF ANY CHANGE OF ADDRESS

**Oklahoma**
**Central Oklahoma Area**
Edmond — 405-359-9199
Norman — 405-307-9066
Oklahoma City
  23rd St — 405-943-8411
  Downtown — 405-228-0021
  Expressway — 405-810-4920
  I-240 — 405-616-2071
  Memorial — 405-748-3489
  Northwest — 405-722-7775
**Tulsa Area**
Owasso — 918-748-7140
Tulsa
  Garnett — 918-748-7110
  Harvard — 918-748-4000
  Memorial — 918-748-4001
  Sheridan — 918-748-4002
  S Harvard — 918-748-4770
  Utica Square — 918-748-4299
  Utica Tower — 918-748-4110
  Yale — 918-748-7100

**Texas**
**Bryan/College Station Area**
Bryan
  29th St — 979-260-3252
  E University Dr — 979-731-1750
  N Texas Ave — 979-778-2900
  S Texas Ave — 979-779-1111
Caldwell — 979-567-4665
College Station
  Crescent Pointe — 979-774-1700
  Longmire Dr — 979-694-2222
  Rock Prairie Rd — 979-764-9443
  Southwest Pkwy — 979-693-1063
  Tower Point — 979-690-4780
  Wellborn Rd — 979-680-0357
Hearne — 979-279-3438
Huntsville — 936-291-3232
Madisonville — 936-348-2711
Navasota — 936-825-2274
New Waverly — 936-344-6691
**Central Texas Area**
Austin
  Allandale — 512-407-6070
  Congress — 512-472-5433
  Northland — 512-458-1384
  Oak Hill — 512-891-1800
  Research Blvd — 512-331-5402
  Westlake — 512-485-7600
Bastrop — 512-308-9957
Canyon Lake — 830-964-6600
Cedar Park — 512-260-9199
Dime Box — 979-884-2354
Dripping Springs — 512-858-1256
Elgin — 512-285-3311
Flatonia — 361-865-2953
Georgetown — 512-869-4160
Kingsland — 325-388-4551
La Grange — 979-968-8451
Lakeway — 512-261-1122
Lexington — 979-773-4417
Liberty Hill — 512-778-5355
New Braunfels
  Downtown — 830-608-5501
  Gruene — 830-629-8970
Pleasanton — 830-569-5561
Round Rock — 512-248-0101
San Antonio
  San Pedro N — 210-826-2161

Schulenburg — 979-743-2500
Seguin — 830-379-2222
Smithville — 512-237-9649
Thorndale — 512-898-2503
Weimar — 979-725-9401
**Dallas/Ft. Worth Area**
Arlington — 817-635-2900
Azle — 817-378-2240
Balch Springs — 972-286-5452
Cedar Hill — 972-291-6246
Dallas
  Abrams Centre — 972-238-9292
  Camp Wisdom — 214-467-6996
  Central Expy — 972-913-3196
  Forest Park — 214-780-2784
  Kiest — 214-371-6000
  Northwest Hwy — 214-780-2200
  Preston Forest — 972-661-0399
  Preston Rd — 972-447-4580
  Turtle Creek — 214-521-4800
  Turtle Creek-LPO* — 214-780-2000
  Westmoreland — 214-330-3800
Ennis — 972-875-8461
Fort Worth
  Stockyards — 817-378-2200
Frisco
  Gaylord Parkway — 214-619-2265
  Main St — 972-712-4499
Gainesville — 940-668-8531
Glen Rose — 254-898-0551
Granbury — 817-573-0300
Haltom City — 817-378-2230
Keller — 817-378-2210
McKinney
  Central Expy — 972-548-4000
  Stonebridge — 972-548-1367
Mesquite — 972-913-3347
Muenster — 940-759-5000
Plano
  Midway — 972-473-9000
  Preston Rd — 469-229-9334
Red Oak — 972-617-7377
Roanoke — 817-378-2250
Sachse — 972-530-7999
Sanger — 940-458-7404
The Colony — 972-625-2002
Waxahachie — 972-935-9023
Weatherford — 817-594-0533
**East Texas Area**
Athens — 903-675-8511
Blooming Grove — 903-695-2311
Canton — 903-567-4181
Carthage — 903-693-7161
Corsicana — 903-872-0077
Crockett — 936-546-2265
Eustace — 903-425-7031
Gilmer — 903-843-5525
Grapeland — 936-687-4814
Gun Barrel City — 903-887-3333
Jacksonville — 903-586-9861
Kerens — 903-396-2222
Longview — 903-291-5500
Mt. Vernon — 903-588-2243
Palestine — 903-729-3228
Rusk — 903-683-2286
Seven Points — 903-432-3611
Teague — 254-739-2558
Tyler
  Beckham — 903-593-1767
  S Broadway — 903-939-2265
  University Blvd — 903-566-5575
Winnsboro — 903-342-5205

*Loan Production Office, Including corporate and private banking

**Houston Area**
Angleton — 979-849-6404
Bay City — 979-245-4200
Beaumont — 409-898-2128
Bellaire — 713-666-2511
Cleveland — 281-592-2661
Cypress
  Fairfield — 281-373-0080
  U.S. 290 — 281-373-0062
Dayton — 936-258-7681
East Bernard — 979-335-7573
El Campo — 979-543-2200
Galveston — 409-762-2103
Groves — 409-962-8458
Hempstead — 979-826-2431
Hitchcock — 409-986-5547
Houston
  Aldine — 281-987-7600
  Alief — 713-666-2511
  Beltway West — 281-970-9636
  Copperfield — 281-345-9555
  Downtown — 713-693-9250
  Eastex Freeway — 281-449-8282
  Gessner — 713-242-1030
  Gladebrook — 832-249-7600
  Heights — 713-861-1125
  Highway 6 West — 281-496-9103
  Little York — 713-242-1010
  Medical Center — 713-693-9275
  Memorial Dr — 713-465-0300
  Northside — 713-226-5300
  Plaza — 713-666-2511
  River Oaks — 713-693-9400
  SW Medical Ctr — 713-777-0760
  Tanglewood — 713-693-9225
  Uptown — 713-892-4700
  Waugh Dr — 713-693-9100
  West University — 281-902-1650
  Westheimer — 713-781-7171
  Wirt — 713-242-1060
  Woodcreek — 281-443-7600
Katy
  Cinco Ranch Blvd — 281-693-6800
  Fry Road — 713-666-2511
  Grand Parkway — 713-666-2511
  Pin Oak — 713-666-2511
  Spring Green — 281-574-8660
Liberty — 936-336-5731
Magnolia
  Goodson Rd — 281-356-8211
  Parkway — 936-442-5900
Mont Belvieu — 281-576-5444
Nederland — 409-727-2153
Needville — 979-793-4211
Pearland
  Shadow Creek — 713-340-0652
Richmond
  Pecan Grove — 281-762-6700
Rosenberg — 832-595-7980
South Houston
  Pasadena — 713-943-8833
Spring — 832-717-3260
Sugar Land
  First Colony — 281-902-1750
  Southwest Fwy — 281-269-7200
The Woodlands
  I-45 — 281-292-6691
  College Park — 713-666-2511
  Research Forest — 832-663-4500
Tomball — 281-290-0404
Waller — 936-372-9404
Webster
  Clear Lake — 281-332-3595
West Columbia — 979-345-3141

Wharton — 979-282-2000
Winnie — 409-296-3000
**South Texas Area**
Alice — 361-664-5445
Aransas Pass — 361-758-5624
Beeville — 361-358-3612
Corpus Christi
  Calallen — 361-387-5235
  Carmel — 361-814-2935
  Northwest — 361-241-6817
  Padre Island — 361-949-1846
  Saratoga — 361-854-0728
  Timbergate — 361-985-7800
  Water St — 361-887-8771
Cuero — 361-275-2374
Edna — 361-782-3533
Goliad — 361-645-3246
Gonzales — 830-672-7551
Hallettsville — 361-798-4357
Kingsville — 361-592-2636
Mathis — 361-547-3336
Palacios — 361-972-5481
Port Lavaca — 361-552-7411
Portland — 361-643-2565
Rockport — 361-729-7411
Sinton — 361-364-1261
Taft — 361-528-2566
Victoria
  Colony Creek — 361-573-1088
  Main St — 361-573-6321
  Navarro — 361-788-2700
  North — 361-573-1993
Yoakum — 361-293-5221
Yorktown — 361-564-2291
**West Texas Area**
Abilene
  Antilley Rd — 325-794-3300
  Barrow St — 325-794-2000
  Cypress St — 325-794-1000
  Judge Ely — 325-794-3100
  Mockingbird — 325-794-3200
Big Spring — 432-267-5555
Brownfield — 806-637-7626
Brownwood — 325-646-6500
Cisco — 254-442-2211
Comanche — 325-356-7517
Early — 325-643-2748
Floydada — 806-983-3725
Gorman — 254-734-2254
Levelland — 806-894-5296
Littlefield — 806-385-5149
Lubbock
  4th St — 806-784-4000
  66th St — 806-767-6600
  82nd St — 806-767-8200
  86th St — 806-474-3000
  98th St — 806-798-9810
  Avenue Q — 806-767-7000
  N University — 806-767-7240
  Texas Tech — 806-740-3400
Merkel — 325-928-4728
Midland
  Wadley — 432-694-6100
  Wall St — 432-571-4960
Odessa
  Grandview — 432-550-3334
  Grant — 432-580-2300
  Kermit Highway — 432-333-3400
  Parkway — 432-580-2380
Plainview — 806-293-3888
San Angelo — 325-949-0222
Slaton — 806-828-4282
Snyder — 325-573-4041

9001