# CHAPTER 12 MONTHLY REPORT

Month of February, 2017

DEBTOR(S): Michael D. Stone
CASE NO.: 14-31692-HI-12

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS
(Report on a cash basis, unless you keep financial records on an accrual basis)

I. *Cash received during the month (itemize).*

| Item & Quantity Sold: | Amount |
|---|---|
| 27,600 yds sod | $ 26,320 |
| Delivery Income & Custom Labor | $ 13,330 |
| | $ |
| New loan received this month, if any (from_____) | |
| Wages earned from outside work | $ |
| Other receipts: | |
| A/R Collections/charges | $ 17,506 |
| Total Cash Receipts: | $ 57,156 |

II. *Expenses Paid:*

Total amount paid for household:           $ 9,099

Operating expenses paid (itemize):

| Item | Amount |
|---|---|
| Cost of Goods | $ 53,678 |
| Operating Expenses | $ 13,820 |

Subtotal operating expenses paid:           $ 67,498

Plan payments made to Chapter 12 Trustee           $
Total Expenses Paid During Month:           $ 76,597

Losses due to boat damage or equipment failure           $
Losses due to crop failure or damage           $
Losses due to death or disease of livestock or poultry           $
(Losses should not be included in profit or loss — it is information only)

PROFIT (OR LOSS) FOR MONTH           $-19,441

Page 1 of 2

III.   *Cash Reconciliation:*

   Cash and Bank Accounts Balance at Beginning of Month   $ 2,322
   (This is the Cash and Bank accounts Balance at End of Month from the last Report)

   Income (or Loss) During Month (This is the Total Cash   $-19,441
   Receipts from page 1 of this Report, less the Total Expenses Paid During
   Month from page 1 of this Report) 22114 FM 457

   Cash and Bank Accounts Balance at End of Month (This   8,482
   total will become the Cash and Bank Accounts Balance at Beginning of Month on the next Report)

PLEASE ATTACH COPIES OF ALL BANK STATEMENTS

   IV. *Expenses Charged But Not Paid During Month (itemize):*

   Expense                                                                Amount

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

3-9-17                                        [signature]
Date                                          Debtor

_____                               _____
Date                                          Debtor

This Report and any attachments is due within 15 days following the end of each month and should be sent to David G. Peake, Chapter 12 Trustee, 9660 Hillcroft, Suite 430, Houston, Texas 77096.

# PROSPERITY BANK®

Visit us online at ProsperityBankUSA.com

3397 2 AV 0.373
MICHAEL D STONE
DBA MICHAEL D STONE GRASS FARMS
PO BOX 1168
BAY CITY TX 77404-1168

Statement Date 2/28/2017
Account No ▇▇5861
Page 1 of 14

1

## STATEMENT SUMMARY

TX Small Business Check Account No 5861

| Date | | Description | | | Amount |
|---|---|---|---|---|---|
| 02/01/2017 | | Beginning Balance | | | $2,322.01 |
| | 11 | Deposits/Other Credits | | + | $57,156.44 |
| | 111 | Checks/Other Debits | | - | $50,996.18 |
| 02/28/2017 | | Ending Balance | 28 | Days in Statement Period | $8,482.27 |
| | | Total Enclosures | | | 103 |

## DEPOSITS/OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 02/01/2017 | Deposit | $3,056.54 |
| 02/03/2017 | Deposit | $4,000.00 |
| 02/06/2017 | Deposit | $3,840.00 |
| 02/09/2017 | Deposit | $3,900.00 |
| 02/10/2017 | Deposit | $3,500.00 |
| 02/15/2017 | Deposit | $11,013.75 |
| 02/21/2017 | Deposit | $10,000.00 |
| 02/22/2017 | Deposit | $9,891.75 |
| 02/23/2017 | ACH Deposit MERCHANT BANKCD DEPOSIT 267049073880 9100001 | $5,699.40 |
| 02/24/2017 | Deposit | $255.00 |
| 02/28/2017 | Deposit | $2,000.00 |

## CHECKS

| Check Number | Date | Amount | Check Number | Date | Amount | Check Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 17062 | 02-28 | $900.00 | 19699* | 02-08 | $114.68 | 19727 | 02-15 | $1,566.81 |
| 19415* | 02-13 | $458.31 | 19702* | 02-06 | $85.00 | 19728 | 02-13 | $172.49 |
| 19443* | 02-21 | $450.00 | 19703 | 02-03 | $115.00 | 19729 | 02-16 | $1,000.00 |
| 19605* | 02-10 | $71.73 | 19704 | 02-01 | $69.63 | 19730 | 02-13 | $63.78 |
| 19614* | 02-01 | $3,000.00 | 19713* | 02-06 | $100.00 | 19731 | 02-13 | $264.47 |
| 19670* | 02-27 | $500.00 | 19714 | 02-06 | $150.00 | 19732 | 02-13 | $88.50 |
| 19673* | 02-03 | $254.00 | 19715 | 02-08 | $28.00 | 19733 | 02-14 | $73.91 |
| 19674 | 02-03 | $1,170.00 | 19716 | 02-08 | $492.68 | 19734 | 02-15 | $458.01 |
| 19675 | 02-01 | $200.00 | 19717 | 02-08 | $73.52 | 19736* | 02-03 | $2,480.00 |
| 19677* | 02-08 | $6.00 | 19718 | 02-10 | $227.33 | 19737 | 02-06 | $1,209.63 |
| 19688* | 02-06 | $2,280.00 | 19719 | 02-06 | $88.88 | 19738 | 02-09 | $150.00 |
| 19691* | 02-01 | $551.68 | 19720 | 02-17 | $147.75 | 19739 | 02-21 | $123.77 |
| 19692 | 02-02 | $12.72 | 19721 | 02-08 | $23.22 | 19740 | 02-16 | $58.54 |
| 19693 | 02-01 | $283.99 | 19722 | 02-03 | $211.87 | 19741 | 02-24 | $600.00 |
| 19694 | 02-02 | $77.50 | 19723 | 02-03 | $33.00 | 19742 | 02-21 | $109.23 |
| 19695 | 02-07 | $827.95 | 19725* | 02-09 | $400.00 | 19743 | 02-27 | $134.82 |
| 19696 | 02-08 | $24.02 | 19726 | 02-13 | $153.75 | 19744 | 02-09 | $520.00 |



MEMBER FDIC         LENDER         NYSE Symbol "PB"

9001

MICHAEL D STONE

Statement Date 2/28/2017
Account No ▇▇▇861
Page 2 of 14

## CHECKS

| Check Number | Date | Amount | Check Number | Date | Amount | Check Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 19746* | 02-21 | $35.05 | 19774 | 02-17 | $900.00 | 19803 | 02-23 | $450.00 |
| 19750* | 02-16 | $83.70 | 19775 | 02-22 | $900.00 | 19805* | 02-23 | $1,350.00 |
| 19751 | 02-21 | $270.04 | 19776 | 02-15 | $558.00 | 19809* | 02-22 | $450.00 |
| 19752 | 02-21 | $39.08 | 19777 | 02-15 | $470.00 | 19811* | 02-22 | $450.00 |
| 19759* | 02-13 | $650.00 | 19778 | 02-27 | $182.20 | 19812 | 02-24 | $1,000.00 |
| 19760 | 02-10 | $750.00 | 19783* | 02-28 | $69.63 | 19815* | 02-22 | $400.00 |
| 19761 | 02-21 | $73.08 | 19784 | 02-27 | $185.38 | 19819* | 02-27 | $496.00 |
| 19762 | 02-16 | $119.95 | 19785 | 02-27 | $21.18 | 19820 | 02-27 | $900.00 |
| 19763 | 02-16 | $10.86 | 19786 | 02-27 | $242.66 | 19821 | 02-28 | $450.00 |
| 19767* | 02-15 | $450.00 | 19787 | 02-27 | $4.51 | 19822 | 02-27 | $700.00 |
| 19768 | 02-15 | $1,560.00 | 19788 | 02-27 | $238.07 | 19823 | 02-28 | $3,730.00 |
| 19771* | 02-15 | $450.00 | 19795* | 02-17 | $520.00 | 19824 | 02-28 | $520.00 |
| 19772 | 02-16 | $1,065.00 | 19796 | 02-21 | $1,306.05 | 19830* | 02-28 | $800.00 |
| 19773 | 02-16 | $400.00 | 19802* | 02-21 | $450.00 | 19836* | 02-27 | $900.00 |

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 02/02/2017 | ACH Payment AUTHNET GATEWAY BILLING 94498844 10400001057 | $18.05 |
| 02/02/2017 | ACH Payment HCTRA EFT 170201 EZTAGSTORE 162304 *****1255 | $240.00 |
| 02/03/2017 | ACH Payment MERCHANT BANKCD INTERCHNG 267049073880 91000 | $0.06 |
| 02/03/2017 | ACH Payment MERCHANT BANKCD FEE 267049073880 91000014794 | $105.09 |
| 02/03/2017 | ACH Payment MERCHANT BANKCD DEPOSIT 267049073880 9100001 | $19.95 |
| 02/06/2017 | ACH Payment KUBOTA TRACTOR CIPNONREC 00041191644 3110020 | $149.42 |
| 02/06/2017 | Overdraft Charge Item(s) Presented 02/03/2017 | $35.00 |
| 02/07/2017 | Overdraft Charge Item(s) Presented 02/06/2017 | $35.00 |
| 02/08/2017 | ACH Payment CHASE MTG PAYMNT 413303F38 71000157996997 16 | $902.97 |
| 02/08/2017 | Overdraft Charge Item(s) Presented 02/07/2017 | $280.00 |
| 02/09/2017 | ACH Payment HCTRA EFT 170207 EZTAGSFORE 162304 *****1259 | $240.00 |
| 02/09/2017 | Overdraft Charge Item(s) Presented 02/08/2017 | $140.00 |
| 02/10/2017 | Overdraft Charge Item(s) Presented 02/09/2017 | $35.00 |
| 02/15/2017 | Overdraft Charge Item(s) Presented 02/14/2017 | $140.00 |
| 02/21/2017 | ACH Payment CHASE MTG PAYMNT *****4666 71000157377366 16 | $902.97 |
| 02/22/2017 | ACH Payment HCTRA EFT 170218 EZTAGSTORE 162304 *****1257 | $246.06 |
| 02/28/2017 | ACH Payment HCTRA EFT 170227 EZTAGSTORE 162304 *****1251 | $240.00 |
| 02/28/2017 | Service Charge | $10.00 |

## DAILY ENDING BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02-01 | $1,273.25 | 02-10 | $2,335.98 | 02-22 | $15,152.32 |
| 02-02 | $924.98 | 02-13 | $484.68 | 02-23 | $19,051.72 |
| 02-03 | $536.01 | 02-14 | $410.77 | 02-24 | $17,706.72 |
| 02-06 | $278.08 | 02-15 | $5,771.70 | 02-27 | $13,201.90 |
| 02-07 | -$584.87 | 02-16 | $3,033.65 | 02-28 | $8,482.27 |
| 02-08 | -$2,529.96 | 02-17 | $1,465.90 | | |
| 02-09 | -$79.96 | 02-21 | $7,706.63 | | |

| | | |
|---|---|---|
| MICHAEL D STONE | Statement Date | 2/28/2017 |
| | Account No | ▇861 |
| | | Page 3 of 14 |

### SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Service Charge | 02/28/2017 | $10.00 |
| Service Charge Balance | | -$2,529.96 |
| Maintenance Fee | | $10.00 |



9001
007302 : 00397702

MICHAEL D STONE                                                                 Account No         ▇861
                                                                                                    Page 4 of 14

| Date | Amount |
|---|---|
| 2/1/2017 | $3,056.54 |
| 2/3/2017 | $4,000.00 |
| 2/6/2017 | $3,840.00 |
| 2/9/2017 | $3,900.00 |
| 2/10/2017 | $3,500.00 |
| 2/15/2017 | $11,013.75 |
| 2/21/2017 | $10,000.00 |
| 2/22/2017 | $9,891.75 |
| 2/24/2017 | $255.00 |
| 2/28/2017 | $2,000.00 |
| 2/28/2017  17062 | $900.00 |
| 2/13/2017  19415 | $458.31 |

9001

MICHAEL D STONE                                                    Account No         ████861
                                                                                 Page 5 of 14

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 2/21/2017 | 19443 | $450.00 | 2/10/2017 | 19605 | $71.73 |
| 2/1/2017 | 19614 | $3,000.00 | 2/27/2017 | 19670 | $500.00 |
| 2/3/2017 | 19673 | $254.00 | 2/3/2017 | 19674 | $1,170.00 |
| 2/1/2017 | 19675 | $200.00 | 2/7/2017 | 19677 | $6.00 |
| 2/3/2017 | 19688 | $2,280.00 | 2/1/2017 | 19691 | $551.68 |
| 2/2/2017 | 19692 | $12.72 | 2/1/2017 | 19693 | $283.99 |



MICHAEL D STONE                                           Account No ████361

| Date | Check # | Amount | Payee |
|---|---|---|---|
| 2/2/2017 | 19694 | $77.50 | Bert's Rental/Propane |
| 2/6/2017 | 19695 | $827.95 | Davis Bros. Auto Supply, Inc. |
| 2/7/2017 | 19696 | $24.02 | Fastenal Company, Inc. |
| 2/7/2017 | 19699 | $114.68 | Qwill Corporation |
| 2/6/2017 | 19702 | $85.00 | Texas Turfgrass Association |
| 2/3/2017 | 19703 | $115.00 | Wofford Electric & Pump Supply |
| 2/1/2017 | 19704 | $69.63 | AT&T |
| 2/6/2017 | 19713 | $100.00 | Texas Department of Agriculture |
| 2/6/2017 | 19714 | $150.00 | Lowe's |
| 2/7/2017 | 19715 | $28.00 | Kohl's |
| 2/7/2017 | 19716 | $492.68 | AT&T Wireless |
| 2/7/2017 | 19717 | $73.52 | CP&L Co. |

9001

MICHAEL D STONE
Account No  ▇▇▇861
Page 7 of 14



| 2/10/2017 | 19718 | $227.33 |
| 2/6/2017 | 19719 | $88.88 |




| 2/17/2017 | 19720 | $147.75 |
| 2/7/2017 | 19721 | $23.22 |




| 2/3/2017 | 19722 | $211.87 |
| 2/3/2017 | 19723 | $33.00 |




| 2/8/2017 | 19725 | $400.00 |
| 2/13/2017 | 19726 | $153.75 |




| 2/14/2017 | 19727 | $1,566.81 |
| 2/13/2017 | 19728 | $172.49 |

| 2/16/2017 | 19729 | $1,000.00 |
| 2/13/2017 | 19730 | $63.78 |

9001

007304 : 00339704

MICHAEL D STONE

Account No ****861

Page 8 of 14

| Date | Check # | Amount |
|---|---|---|
| 2/13/2017 | 19731 | $264.47 |
| 2/13/2017 | 19732 | $88.50 |
| 2/14/2017 | 19733 | $73.91 |
| 2/14/2017 | 19734 | $458.01 |
| 2/3/2017 | 19736 | $2,480.00 |
| 2/6/2017 | 19737 | $1,209.63 |
| 2/8/2017 | 19738 | $150.00 |
| 2/21/2017 | 19739 | $123.77 |
| 2/16/2017 | 19740 | $58.54 |
| 2/24/2017 | 19741 | $500.00 |
| 2/21/2017 | 19742 | $109.23 |
| 2/27/2017 | 19743 | $134.82 |

9001

MICHAEL D STONE                                             Account No    ▓▓861

| Date | Check # | Amount |
|---|---|---|
| 2/8/2017 | 19744 | $520.00 |
| 2/21/2017 | 19746 | $35.05 |
| 2/16/2017 | 19750 | $83.70 |
| 2/21/2017 | 19751 | $270.04 |
| 2/21/2017 | 19752 | $39.08 |
| 2/13/2017 | 19759 | $650.00 |
| 2/9/2017 | 19760 | $750.00 |
| 2/21/2017 | 19761 | $73.08 |
| 2/16/2017 | 19762 | $119.95 |
| 2/16/2017 | 19763 | $10.86 |
| 2/14/2017 | 19767 | $450.00 |
| 2/15/2017 | 19768 | $1,560.00 |



MICHAEL D STONE                                        Account No         ####861

| Date | Check # | Amount |
|---|---|---|
| 2/14/2017 | 19771 | $450.00 |
| 2/16/2017 | 19772 | $1,065.00 |
| 2/16/2017 | 19773 | $400.00 |
| 2/17/2017 | 19774 | $900.00 |
| 2/22/2017 | 19775 | $900.00 |
| 2/15/2017 | 19776 | $558.00 |
| 2/15/2017 | 19777 | $470.00 |
| 2/27/2017 | 19778 | $182.20 |
| 2/28/2017 | 19783 | $69.63 |
| 2/27/2017 | 19784 | $185.38 |
| 2/27/2017 | 19785 | $21.18 |
| 2/27/2017 | 19786 | $242.66 |

MICHAEL D STONE                                              Account No           ████861

| Date | Check # | Amount |
|---|---|---|
| 2/27/2017 | 19787 | $4.51 |
| 2/27/2017 | 19788 | $238.07 |
| 2/17/2017 | 19795 | $520.00 |
| 2/21/2017 | 19796 | $1,306.05 |
| 2/21/2017 | 19802 | $450.00 |
| 2/23/2017 | 19803 | $450.00 |
| 2/23/2017 | 19805 | $1,350.00 |
| 2/22/2017 | 19809 | $450.00 |
| 2/22/2017 | 19811 | $450.00 |
| 2/24/2017 | 19812 | $1,000.00 |
| 2/22/2017 | 19815 | $400.00 |
| 2/27/2017 | 19819 | $496.00 |



9001
007306 : 003397/06

MICHAEL D STONE

Account No ████861

| Date | Check # | Amount |
|---|---|---|
| 2/27/2017 | 19820 | $900.00 |
| 2/28/2017 | 19821 | $450.00 |
| 2/27/2017 | 19822 | $700.00 |
| 2/28/2017 | 19823 | $3,730.00 |
| 2/28/2017 | 19824 | $520.00 |
| 2/28/2017 | 19830 | $800.00 |
| 2/27/2017 | 19836 | $900.00 |

9001