# CHAPTER 12 MONTHLY REPORT

Month of April, 2017

DEBTOR(S):Michael D. Stone_____
CASE NO.:__ 14-31692-HI-12_____

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis)

I.  *Cash received during the month (itemize).*

Item & Quantity Sold: | Amount
--- | ---
161,750 yds sod_____ | $  150,555_____
_Delivery Income & Custom Labor_____ | $   57,002_____
 | 
_____ | $_____
_____ | 
New loan received this month, if any | 
(from___ _____) | 
Wages earned from outside work | _$_____
Other receipts:_____ | 
___A/R Collections/charges_____ | $__153,136_____
Total Cash Receipts: | $_360,693_

II.  *Expenses Paid:*

Total amount paid for household: $_____ 12,890_____

Operating expenses paid (itemize):

Item | Amount
--- | ---
_Cost of Goods_____ | $ 208,418
_Operating Expenses_____ | _$_ 50,103_____
_____ | 
_____ | 
_____ | 
_____ | 
_____ | 

Subtotal operating expenses paid: $__258,521_____

Plan payments made to Chapter 12 Trustee $___20,000_____
Total Expenses Paid During Month: $_291,411_____

Losses due to boat damage or equipment failure $_____
Losses due to crop failure or damage $_____
Losses due to death or disease of livestock or poultry $_____
(Losses should not be included in profit or loss — it is information only)

PROFIT (OR LOSS) FOR MONTH                    $69,282

III.   *Cash Reconciliation:*

Cash and Bank Accounts Balance at Beginning of Month   $   37
(This is the Cash and Bank accounts Balance at End of Month from the last Report)

Income (or Loss) During Month (This is the Total Cash          $ 69,282   _____
Receipts from page 1 of this Report, less the Total Expenses Paid During
Month from page 1 of this Report) 22114 FM 457

Cash and Bank Accounts Balance at End of Month (This      $ 63,487____
total will become the Cash and Bank Accounts Balance at Beginning of Month on the next Report)

## PLEASE ATTACH COPIES OF ALL BANK STATEMENTS

IV. *Expenses Charged But Not Paid During Month (itemize):*

Expense                                              Amount

_____          _____
_____          _____
_____          _____
_____          _____

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING
STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE,
INFORMATION, AND BELIEF.

_5/12/17_____          _____
Date                                              Debtor

_____          _____
Date                                              Debtor

This Report and any attachments is due within 15 days following the end of each month and
should be sent to David G. Peake, Chapter 12 Trustee, 9660 Hillcroft, Suite 430, Houston, Texas
77096.

# PROSPERITY BANK®

Visit us online at ProsperityBankUSA.com

| | |
|---|---|
| Statement Date | 4/30/2017 |
| Account No | ▇▇861 |

Page 1 of 22

MICHAEL D STONE
DBA MICHAEL D STONE GRASS FARMS
PO BOX 1168
BAY CITY TX 77404-1168

720

1

## STATEMENT SUMMARY — TX Small Business Check Account No 361

| Date | Description | | Amount |
|---|---|---|---|
| 04/01/2017 | Beginning Balance | | $36.94 |
| | 13  Deposits/Other Credits | + | $360,692.74 |
| | 207  Checks/Other Debits | − | $297,243.16 |
| 04/30/2017 | Ending Balance  30  Days in Statement Period | | $63,486.52 |
| | Total Enclosures | | 198 |

## DEPOSITS/OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 04/03/2017 | Deposit | $6,050.00 |
| 04/03/2017 | Deposit | $60,225.74 |
| 04/04/2017 | Deposit | $12,650.00 |
| 04/10/2017 | Deposit | $1,101.25 |
| 04/11/2017 | Deposit | $57,128.20 |
| 04/14/2017 | Deposit | $40,545.05 |
| 04/18/2017 | Deposit | $6,031.25 |
| 04/19/2017 | Deposit | $100,000.00 |
| 04/20/2017 | Deposit | $11,100.00 |
| 04/20/2017 | Deposit | $2,470.00 |
| 04/24/2017 | Deposit | $3,905.00 |
| 04/27/2017 | Deposit | $9,486.25 |
| 04/28/2017 | Deposit | $50,000.00 |

## CHECKS

| Check Number | Date | Amount | Check Number | Date | Amount | Check Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 19891 | 04-14 | $5,000.00 | 19973 | 04-03 | $950.00 | 20012* | 04-05 | $48.87 |
| 19900* | 04-03 | $462.29 | 19975* | 04-05 | $900.00 | 20013 | 04-05 | $21.92 |
| 19924* | 04-05 | $400.00 | 19978* | 04-05 | $560.09 | 20015* | 04-05 | $201.87 |
| 19935* | 04-12 | $2,520.34 | 19979 | 04-06 | $49.95 | 20017* | 04-05 | $37.32 |
| 19944* | 04-03 | $450.00 | 19980 | 04-07 | $900.00 | 20018 | 04-06 | $500.00 |
| 19945 | 04-03 | $109.94 | 19981 | 04-07 | $450.00 | 20019 | 04-03 | $450.00 |
| 19946 | 04-03 | $533.33 | 19982 | 04-07 | $450.00 | 20020 | 04-12 | $450.00 |
| 19947 | 04-03 | $20.28 | 19991* | 04-11 | $3,000.00 | 20022* | 04-03 | $900.00 |
| 19948 | 04-03 | $232.13 | 19992 | 04-18 | $3,000.00 | 20023 | 04-05 | $900.00 |
| 19949 | 04-03 | $66.35 | 19993 | 04-28 | $3,000.00 | 20024 | 04-03 | $1,800.00 |
| 19958* | 04-03 | $400.00 | 19999* | 04-21 | $519.87 | 20025 | 04-06 | $900.00 |
| 19959 | 04-03 | $450.00 | 20000 | 04-03 | $5,000.00 | 20033* | 04-07 | $89.26 |
| 19962* | 04-14 | $788.00 | 20001 | 04-04 | $8,300.00 | 20034 | 04-06 | $800.00 |
| 19971* | 04-25 | $850.00 | 20002 | 04-05 | $1,500.00 | 20035 | 04-07 | $450.00 |
| 19972 | 04-21 | $900.00 | 20003 | 04-04 | $411.00 | 20036 | 04-27 | $1,430.60 |



MEMBER FDIC

EQUAL HOUSING LENDER

NYSE Symbol "PB"

MICHAEL D STONE

Statement Date    4/30/2017
Account No    ⬛⬛⬛861
Page 2 of 22

9001

## CHECKS

| Check Number | Date | Amount | Check Number | Date | Amount | Check Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 20037 | 04-07 | $272.47 | 20115 | 04-04 | $70.00 | 20166 | 04-24 | $108.54 |
| 20038 | 04-07 | $59.91 | 20116 | 04-20 | $850.00 | 20167 | 04-24 | $250.09 |
| 20039 | 04-06 | $51.03 | 20117 | 04-25 | $24.00 | 20172* | 04-14 | $450.00 |
| 20040 | 04-10 | $100.00 | 20118 | 04-14 | $125.96 | 20173 | 04-14 | $20,000.00 |
| 20041 | 04-07 | $400.00 | 20119 | 04-17 | $132.41 | 20174 | 04-18 | $450.00 |
| 20042 | 04-03 | $1,190.43 | 20120 | 04-17 | $35.30 | 20176* | 04-26 | $292.93 |
| 20043 | 04-05 | $3,150.00 | 20122* | 04-05 | $2,040.00 | 20177 | 04-27 | $90.64 |
| 20045* | 04-04 | $5,274.50 | 20123 | 04-06 | $1,350.00 | 20178 | 04-24 | $450.00 |
| 20049* | 04-03 | $729.98 | 20124 | 04-04 | $10,000.00 | 20180* | 04-25 | $1,210.00 |
| 20050 | 04-13 | $4,716.63 | 20125 | 04-28 | $1,415.00 | 20181 | 04-25 | $1,116.00 |
| 20051 | 04-03 | $1,020.00 | 20126 | 04-17 | $614.95 | 20182 | 04-25 | $1,667.07 |
| 20052 | 04-05 | $395.95 | 20127 | 04-17 | $450.00 | 20183 | 04-26 | $69.66 |
| 20053 | 04-03 | $1,334.68 | 20128 | 04-14 | $89.45 | 20184 | 04-19 | $1,350.00 |
| 20054 | 04-07 | $88.50 | 20130* | 04-10 | $388.62 | 20186* | 04-19 | $2,010.00 |
| 20055 | 04-06 | $32.53 | 20131 | 04-24 | $139.77 | 20187 | 04-19 | $1,700.00 |
| 20056 | 04-06 | $225.00 | 20132 | 04-21 | $94.00 | 20188 | 04-19 | $900.00 |
| 20058* | 04-07 | $153.75 | 20133 | 04-11 | $1,033.00 | 20189 | 04-19 | $527.00 |
| 20059 | 04-04 | $450.00 | 20134 | 04-21 | $1,050.00 | 20190 | 04-21 | $450.00 |
| 20060 | 04-04 | $1,420.00 | 20135 | 04-17 | $900.00 | 20191 | 04-25 | $30.17 |
| 20061 | 04-04 | $600.00 | 20136 | 04-13 | $1,881.00 | 20193* | 04-25 | $900.00 |
| 20062 | 04-04 | $450.00 | 20137 | 04-18 | $520.00 | 20194 | 04-19 | $40,000.00 |
| 20064* | 04-04 | $1,848.00 | 20138 | 04-25 | $2,116.00 | 20195 | 04-25 | $5,000.00 |
| 20065 | 04-12 | $350.12 | 20139 | 04-18 | $1,020.00 | 20196 | 04-26 | $5,000.00 |
| 20066 | 04-04 | $1,350.00 | 20140 | 04-13 | $450.00 | 20197 | 04-28 | $5,000.00 |
| 20067 | 04-10 | $76.51 | 20141 | 04-11 | $4,050.00 | 20199* | 04-25 | $3,400.00 |
| 20068 | 04-17 | $250.37 | 20142 | 04-11 | $2,700.00 | 20204* | 04-24 | $9,700.00 |
| 20069 | 04-10 | $450.00 | 20143 | 04-11 | $4,566.00 | 20205 | 04-25 | $450.00 |
| 20070 | 04-13 | $83.70 | 20144 | 04-12 | $1,667.00 | 20206 | 04-25 | $1,500.00 |
| 20071 | 04-19 | $268.79 | 20145 | 04-20 | $50.52 | 20207 | 04-25 | $262.25 |
| 20072 | 04-11 | $1,550.00 | 20146 | 04-18 | $400.00 | 20208 | 04-25 | $1,350.00 |
| 20073 | 04-05 | $38.73 | 20147 | 04-21 | $174.75 | 20209 | 04-25 | $1,250.00 |
| 20074 | 04-05 | $18.80 | 20148 | 04-19 | $10.83 | 20210 | 04-25 | $1,800.00 |
| 20075 | 04-10 | $73.91 | 20149 | 04-13 | $650.00 | 20211 | 04-25 | $450.00 |
| 20076 | 04-05 | $900.00 | 20150 | 04-11 | $800.00 | 20212 | 04-25 | $950.00 |
| 20077 | 04-05 | $2,650.00 | 20151 | 04-13 | $450.00 | 20213 | 04-25 | $2,568.00 |
| 20078 | 04-07 | $450.00 | 20152 | 04-12 | $1,350.00 | 20214 | 04-26 | $2,292.00 |
| 20079 | 04-11 | $1,050.00 | 20153 | 04-19 | $1,554.00 | 20215 | 04-25 | $900.00 |
| 20080 | 04-07 | $87.75 | 20154 | 04-14 | $1,350.00 | 20216 | 04-25 | $1,350.00 |
| 20081 | 04-20 | $1,139.15 | 20155 | 04-19 | $450.00 | 20217 | 04-27 | $2,250.00 |
| 20082 | 04-06 | $450.00 | 20156 | 04-12 | $900.00 | 20229* | 04-25 | $450.00 |
| 20083 | 04-12 | $1,310.09 | 20157 | 04-17 | $1,238.25 | 20231* | 04-24 | $1,100.00 |
| 20084 | 04-11 | $1,956.25 | 20158 | 04-14 | $450.00 | 20232 | 04-28 | $1,936.50 |
| 20085 | 04-04 | $248.33 | 20160* | 04-27 | $123.25 | 20233 | 04-28 | $840.00 |
| 20086 | 04-04 | $2,250.00 | 20161 | 04-25 | $650.00 | 20240* | 04-27 | $450.00 |
| 20112* | 04-05 | $450.00 | 20163* | 04-24 | $20.23 | 20241 | 04-28 | $1,650.00 |
| 20113 | 04-05 | $2,796.00 | 20164 | 04-20 | $30.00 | | | |
| 20114 | 04-05 | $450.00 | 20165 | 04-24 | $69.24 | | | |

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 04/03/2017 | ACH Payment MERCHANT BANKCD INTERCHNG 267049073880 91000 | $0.03 |

MICHAEL D STONE

Statement Date     4/30/2017
Account No     ████861
Page 3 of 22

## OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 04/03/2017 | ACH Payment MERCHANT BANKCD FEE 267049073880 91000013839 | $68.54 |
| 04/03/2017 | ACH Payment MERCHANT BANKCD DEPOSIT 267049073880 9100001 | $19.95 |
| 04/03/2017 | Debit Adjustment | $297.00 |
| 04/03/2017 | Overdraft Charge Item(s) Presented 03/31/2017 | $280.00 |
| 04/04/2017 | Deposit Corrections Deposit Correction Fee | $1.00 |
| 04/04/2017 | ACH Payment CHASE MTG PAYMNT *****8245 71000158969326 16 | $902.97 |
| 04/04/2017 | ACH Payment HCTRA EFT 170402 EZTAGSTORE 162304 *****1254 | $240.00 |
| 04/04/2017 | ACH Payment AUTHNET GATEWAY BILLING 95942426 10400001948 | $18.00 |
| 04/04/2017 | ACH Payment KUBOTA TRACTOR CIPNONREC 00041191644 3110020 | $149.42 |
| 04/10/2017 | ACH Payment HCTRA EFT 170407 EZTAGSTORE 162304 *****1258 | $240.00 |
| 04/11/2017 | Overdraft Charge Item(s) Presented 04/10/2017 | $35.00 |
| 04/12/2017 | ACH Payment BK OF AM CRD ACH PAYBYPHONE 1944575 51000010 | $800.00 |
| 04/13/2017 | ACH Payment HCTRA EFT 170412 EZTAGSTORE 162304 *****1251 | $240.00 |
| 04/14/2017 | Wire Transfer WIRE OUT DAVID G. PEAKE | $10,000.00 |
| 04/14/2017 | Wire Transfer Fee WIRE FEE | $20.00 |
| 04/18/2017 | ACH Payment HCTRA EFT 170416 EZTAGSTORE 162304 *****1254 | $274.23 |
| 04/18/2017 | ACH Payment CHASE MTG PAYMNT *****7050 71000157843732 16 | $902.97 |
| 04/20/2017 | Wire Transfer WIRE OUT DAVID G PEAKE CH12 TRUSTEE | $10,000.00 |
| 04/20/2017 | Wire Transfer Fee WIRE FEE | $20.00 |
| 04/25/2017 | ACH Payment HCTRA EFT 170422 EZTAGSTORE 162304 *****1258 | $240.00 |
| 04/27/2017 | ACH Payment HCTRA EFT 170426 EZTAGSTORE 162304 *****1259 | $240.00 |
| 04/30/2017 | Service Charge | $24.40 |

## DAILY ENDING BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 04-01 | $36.94 | 04-12 | $29,357.44 | 04-24 | $60,588.74 |
| 04-03 | $49,547.75 | 04-13 | $20,886.11 | 04-25 | $30,105.25 |
| 04-04 | $28,214.53 | 04-14 | $23,157.75 | 04-26 | $22,450.66 |
| 04-05 | $10,754.98 | 04-17 | $19,536.47 | 04-27 | $27,352.42 |
| 04-06 | $6,396.47 | 04-18 | $19,000.52 | 04-28 | $63,510.92 |
| 04-07 | $2,544.83 | 04-19 | $70,229.90 | 04-30 | $63,486.52 |
| 04-10 | $2,317.04 | 04-20 | $71,710.23 | | |
| 04-11 | $38,704.99 | 04-21 | $68,521.61 | | |

## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Service Charge | 04/30/2017 | $24.40 |
| Service Charge Balance | | $36.94 |
| Maintenance Fee | | $10.00 |
| Total Items | | $14.40 |

9001



0080012 : 00072002

MICHAEL D STONE

Account No [REDACTED]861

4/3/2017      $60,225.74



4/3/2017      $6,050.00



4/4/2017      $12,650.00



4/10/2017      $1,101.25



4/11/2017      $57,128.20



4/14/2017      $40,545.05



4/18/2017      $6,031.25



4/19/2017      $100,000.00



4/20/2017      $2,470.00



4/20/2017      $11,100.00



4/24/2017      $3,905.00



4/27/2017      $9,486.25

9001

MICHAEL D STONE

Account No            2545861
                      Page 5 of 22



4/28/2017                              $50,000.00

Account Adjustment

Dear Customer,

On 04-03-2017 we subtracted $297.00 from your account ██████51

The deposit was shown as $60,225.74, but should have been $59,928.74

The problem was due to:

Incorrect Calculation.

Comment: all items are listed correctly .em

4/3/2017                                   $297.00



4/14/2017        19891              $5,000.00



3/31/2017        19900               $462.29



4/5/2017         19924               $400.00



4/12/2017        19935             $2,520.34



3/31/2017        19944               $450.00



4/3/2017         19945               $109.94



3/31/2017        19946               $533.33

4/3/2017         19947                $20.28

4/3/2017         19948               $232.13

4/3/2017         19949                $66.35

9001

006013 : 00070003

MICHAEL D STONE

Account No ███861

Page 6 of 22



| 3/31/2017 | 19958 | $400.00 |
| 4/3/2017 | 19959 | $450.00 |
| 4/14/2017 | 19962 | $788.00 |
| 4/25/2017 | 19971 | $850.00 |
| 4/21/2017 | 19972 | $900.00 |
| 4/3/2017 | 19973 | $950.00 |
| 4/5/2017 | 19975 | $900.00 |
| 4/5/2017 | 19978 | $560.09 |
| 4/6/2017 | 19979 | $49.95 |
| 4/7/2017 | 19980 | $900.00 |
| 4/7/2017 | 19981 | $450.00 |
| 4/7/2017 | 19982 | $450.00 |

9001

MICHAEL D STONE

Account No ████861



4/10/2017        19991        $3,000.00



4/18/2017        19992        $3,000.00



4/28/2017        19993        $3,000.00



4/21/2017        19999        $519.87



3/31/2017        20000        $5,000.00



4/4/2017         20001        $8,300.00



4/5/2017         20002        $1,500.00



4/4/2017         20003        $411.00



4/5/2017         20012        $48.87



4/5/2017         20013        $21.92



4/5/2017         20015        $201.87



4/5/2017         20017        $37.32

MICHAEL D STONE

Account No ██████861

| 4/6/2017 | 20018 | $500.00 |
| 3/31/2017 | 20019 | $450.00 |
| 4/12/2017 | 20020 | $450.00 |
| 4/3/2017 | 20022 | $900.00 |
| 4/5/2017 | 20023 | $900.00 |
| 3/31/2017 | 20024 | $1,800.00 |
| 4/6/2017 | 20025 | $900.00 |
| 4/7/2017 | 20033 | $89.26 |
| 4/6/2017 | 20034 | $800.00 |
| 4/7/2017 | 20035 | $450.00 |
| 4/27/2017 | 20036 | $1,430.60 |
| 4/7/2017 | 20037 | $272.47 |

9001

MICHAEL D STONE

Account No ████861

Page 9 of 22



4/7/2017          20038          $59.91



4/6/2017          20039          $51.03



4/10/2017          20040          $100.00



4/7/2017          20041          $400.00



4/3/2017          20042          $1,190.43



4/5/2017          20043          $3,150.00



4/4/2017          20045          $5,274.50



4/3/2017          20049          $729.98



4/13/2017          20050          $4,716.63



3/31/2017          20051          $1,020.00



4/5/2017          20052          $395.95



4/3/2017          20053          $1,334.68

MICHAEL D STONE

Account No     ▉▉861

| 4/7/2017 | 20054 | $88.50 |
| 4/6/2017 | 20055 | $32.53 |
| 4/6/2017 | 20056 | $225.00 |
| 4/7/2017 | 20058 | $153.75 |
| 4/4/2017 | 20059 | $450.00 |
| 4/4/2017 | 20060 | $1,420.00 |
| 4/4/2017 | 20061 | $600.00 |
| 4/4/2017 | 20062 | $450.00 |
| 4/4/2017 | 20064 | $1,848.00 |
| 4/12/2017 | 20065 | $350.12 |
| 4/4/2017 | 20066 | $1,350.00 |
| 4/10/2017 | 20067 | $76.51 |

9001

MICHAEL D STONE

Account No ████861



| Date | Check No. | Amount |
|------|-----------|--------|
| 4/17/2017 | 20068 | $250.37 |
| 4/10/2017 | 20069 | $450.00 |
| 4/13/2017 | 20070 | $83.70 |
| 4/19/2017 | 20071 | $268.79 |
| 4/11/2017 | 20072 | $1,550.00 |
| 4/5/2017 | 20073 | $38.73 |
| 4/5/2017 | 20074 | $18.80 |
| 4/10/2017 | 20075 | $73.91 |
| 4/5/2017 | 20076 | $900.00 |
| 4/5/2017 | 20077 | $2,650.00 |
| 4/7/2017 | 20078 | $450.00 |
| 4/11/2017 | 20079 | $1,050.00 |



MICHAEL D STONE





4/7/2017     20080     $87.75

4/20/2017     20081     $1,139.15





4/6/2017     20082     $450.00

4/12/2017     20083     $1,310.09





4/11/2017     20084     $1,956.25

4/4/2017     20085     $248.33





4/4/2017     20086     $2,250.00

4/5/2017     20112     $450.00





4/5/2017     20113     $2,796.00

4/5/2017     20114     $450.00





4/4/2017     20115     $70.00

4/20/2017     20116     $850.00

9001

MICHAEL D STONE                                    Account No          ███861
                                                   Page 13 of 22



4/25/2017          20117          $24.00



4/14/2017          20118          $125.96



4/17/2017          20119          $132.41



4/17/2017          20120          $35.30



4/5/2017           20122          $2,040.00



4/6/2017           20123          $1,350.00



4/4/2017           20124          $10,000.00



4/28/2017          20125          $1,415.00



4/17/2017          20126          $614.95



4/17/2017          20127          $450.00



4/14/2017          20128          $89.45



4/10/2017          20130          $388.62

MICHAEL D STONE

Account No                861



| 4/24/2017 | 20131 | $139.77 |
| 4/21/2017 | 20132 | $94.00 |
| 4/11/2017 | 20133 | $1,033.00 |
| 4/21/2017 | 20134 | $1,050.00 |
| 4/17/2017 | 20135 | $900.00 |
| 4/13/2017 | 20136 | $1,881.00 |
| 4/18/2017 | 20137 | $520.00 |
| 4/25/2017 | 20138 | $2,116.00 |
| 4/18/2017 | 20139 | $1,020.00 |
| 4/13/2017 | 20140 | $450.00 |
| 4/11/2017 | 20141 | $4,050.00 |
| 4/11/2017 | 20142 | $2,700.00 |

MICHAEL D STONE                                                  Account No              861



| 4/11/2017 | 20143 | $4,566.00 |
| 4/12/2017 | 20144 | $1,667.00 |
| 4/20/2017 | 20145 | $50.52 |
| 4/18/2017 | 20146 | $400.00 |
| 4/21/2017 | 20147 | $174.75 |
| 4/19/2017 | 20148 | $10.83 |
| 4/13/2017 | 20149 | $650.00 |
| 4/11/2017 | 20150 | $800.00 |
| 4/13/2017 | 20151 | $450.00 |
| 4/12/2017 | 20152 | $1,350.00 |
| 4/19/2017 | 20153 | $1,554.00 |
| 4/14/2017 | 20154 | $1,350.00 |



MICHAEL D STONE

Account No                    ████361

| 4/19/2017 | 20155 | $450.00 |
| 4/12/2017 | 20156 | $900.00 |
| 4/17/2017 | 20157 | $1,238.25 |
| 4/14/2017 | 20158 | $450.00 |
| 4/27/2017 | 20160 | $123.25 |
| 4/25/2017 | 20161 | $650.00 |
| 4/24/2017 | 20163 | $20.23 |
| 4/20/2017 | 20164 | $30.00 |
| 4/24/2017 | 20165 | $69.24 |
| 4/24/2017 | 20166 | $108.54 |
| 4/24/2017 | 20167 | $250.09 |
| 4/14/2017 | 20172 | $450.00 |

9001

MICHAEL D STONE

Account No ▓▓861

Page 17 of 22



4/14/2017     20173     $20,000.00



4/18/2017     20174     $450.00



4/26/2017     20176     $292.93



4/27/2017     20177     $90.64



4/24/2017     20178     $450.00



4/25/2017     20180     $1,210.00



4/25/2017     20181     $1,116.00



4/25/2017     20182     $1,667.07



4/26/2017     20183     $69.66



4/19/2017     20184     $1,350.00



4/19/2017     20186     $2,010.00



4/19/2017     20187     $1,700.00

MICHAEL D STONE

Account No ████861

Page 18 of 22



| Date | Check No | Amount |
|---|---|---|
| 4/19/2017 | 20188 | $900.00 |
| 4/19/2017 | 20189 | $527.00 |
| 4/21/2017 | 20190 | $450.00 |
| 4/25/2017 | 20191 | $30.17 |
| 4/25/2017 | 20193 | $900.00 |
| 4/19/2017 | 20194 | $40,000.00 |
| 4/25/2017 | 20195 | $5,000.00 |
| 4/26/2017 | 20196 | $5,000.00 |
| 4/28/2017 | 20197 | $5,000.00 |
| 4/25/2017 | 20199 | $3,400.00 |
| 4/24/2017 | 20204 | $9,700.00 |
| 4/25/2017 | 20205 | $450.00 |

MICHAEL D STONE

Account No          861

Page 19 of 22



| 4/25/2017 | 20206 | $1,500.00 |
| 4/25/2017 | 20207 | $262.25 |
| 4/25/2017 | 20208 | $1,350.00 |
| 4/25/2017 | 20209 | $1,250.00 |
| 4/25/2017 | 20210 | $1,800.00 |
| 4/25/2017 | 20211 | $450.00 |
| 4/25/2017 | 20212 | $950.00 |
| 4/25/2017 | 20213 | $2,568.00 |
| 4/26/2017 | 20214 | $2,292.00 |
| 4/25/2017 | 20215 | $900.00 |
| 4/25/2017 | 20216 | $1,350.00 |
| 4/27/2017 | 20217 | $2,250.00 |



9001

00B01A : 0307J010

MICHAEL D STONE

Account No ████861

| 4/25/2017 | 20229 | $450.00 |



| 4/24/2017 | 20231 | $1,100.00 |



| 4/28/2017 | 20232 | $1,936.50 |



| 4/28/2017 | 20233 | $840.00 |



| 4/27/2017 | 20240 | $450.00 |



| 4/28/2017 | 20241 | $1,650.00 |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you believe there is an error on your statement, or if you need additional information about a transaction listed on your statement, or if you believe a substitute check does not accurately reflect a transaction, send a written letter on a separate sheet to P.O. Drawer G, El Campo, Texas 77437 as soon as possible. We must hear from you no later than 60 days (40 days for Check 21 expedited recrediting rights) after we sent you the first statement on which the error or problem appeared. Otherwise, the account will be considered correct. You can telephone us with inquires at your local banking center or at 800-531-1401, but doing so will not preserve your rights.

In your letter, give us the following information:
1) Your name and account number.
2) The dollar amount of the suspected error.
3) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
4) For a substitute check explain why an original or better copy is necessary and provide sufficient information to identify the substitute check.

*The Check 21 Act procedures and expedited recrediting rights are only available to consumer customers. Check 21 will result in a reduction in the time between the cashing and clearing of a check. Please ensure that you have available funds on deposit before writing checks to avoid the risk of being overdrawn.*

In case of errors or questions about your electronic transfers, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you have use of the money during the time it takes us to complete the investigation.

TO REPORT LOST OR STOLEN PROSPERITY BANK DEBIT CARD, CALL YOUR LOCAL BANKING CENTER. AFTER HOURS, CALL 800-684-2132.

### THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

YOUR BALANCE SHOWN ON THIS STATEMENT    $ _____

| CHECKS OUTSTANDING | | |
|---|---|---|
| NO. | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| MISC. CHARGES | | |
| TOTAL | | |

ADD + (IF ANY) DEPOSITS NOT SHOWN ON THIS STATEMENT    $ _____

TOTAL    $ _____

SUBTRACT - (IF ANY) CHECKS OUTSTANDING    $ _____

BALANCE    $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE

9001

008018 : 0007201 1

PLEASE EXAMINE THIS STATEMENT AT ONCE. NOTIFY US IN WRITING OF ANY CHANGE OF ADDRESS

## Oklahoma

**Central Oklahoma Area**

| | |
|---|---|
| Edmond | 405-359-9199 |
| Norman | 405-307-9066 |

**Oklahoma City**

| | |
|---|---|
| 23rd St | 405-943-8411 |
| Downtown | 405-228-0021 |
| Expressway | 405-810-4920 |
| I-240 | 405-616-2071 |
| Memorial | 405-748-3489 |
| Northwest | 405-722-7775 |

**Tulsa Area**

| | |
|---|---|
| Owasso | 918-748-7140 |

**Tulsa**

| | |
|---|---|
| Garnett | 918-748-7110 |
| Harvard | 918-748-4000 |
| Memorial | 918-748-4001 |
| Sheridan | 918-748-4002 |
| S Harvard | 918-748-4770 |
| Utica Square | 918-748-4299 |
| Utica Tower | 918-748-4110 |
| Yale | 918-748-7100 |

## Texas

**Bryan/College Station Area**

**Bryan**

| | |
|---|---|
| 29th St | 979-260-3252 |
| E University Dr | 979-731-1750 |
| N Texas Ave | 979-778-2900 |
| S Texas Ave | 979-779-1111 |
| Caldwell | 979-567-4665 |

**College Station**

| | |
|---|---|
| Crescent Pointe | 979-774-1700 |
| Longmire Dr | 979-694-2222 |
| Rock Prairie Rd | 979-764-9443 |
| Southwest Pkwy | 979-693-1063 |
| Tower Point | 979-690-4780 |
| Wellborn Rd | 979-580-0357 |
| Hearne | 979-279-3438 |
| Huntsville | 936-291-3232 |
| Madisonville | 936-348-2711 |
| Navasota | 936-825-2274 |
| New Waverly | 936-344-6691 |

**Central Texas Area**

**Austin**

| | |
|---|---|
| Allandale | 512-407-9070 |
| Congress | 512-472-5433 |
| Northland | 512-458-1384 |
| Oak Hill | 512-891-1800 |
| Research Blvd | 512-331-5402 |
| Westlake | 512-485-7600 |
| Bastrop | 512-308-9957 |
| Canyon Lake | 830-964-6600 |
| Cedar Park | 512-260-9199 |
| Dime Box | 979-884-2354 |
| Dripping Springs | 512-858-1256 |
| Elgin | 512-285-3311 |
| Flatonia | 361-865-2953 |
| Georgetown | 512-869-4160 |
| Kingsland | 325-388-4551 |
| La Grange | 979-968-8451 |
| Lakeway | 512-261-1122 |
| Lexington | 979-773-4417 |
| Liberty Hill | 512-778-5355 |

**New Braunfels**

| | |
|---|---|
| Downtown | 830-608-5501 |
| Gruene | 830-629-8970 |
| Pleasanton | 830-569-5561 |
| Round Rock | 512-248-0101 |

**San Antonio**

| | |
|---|---|
| San Pedro N | 210-826-2161 |

| | |
|---|---|
| Schulenburg | 979-743-2500 |
| Seguin | 830-379-2222 |
| Smithville | 512-237-9649 |
| Thorndale | 512-898-2503 |
| Weimar | 979-725-9401 |

**Dallas/Ft. Worth Area**

| | |
|---|---|
| Arlington | 817-635-2900 |
| Azle | 817-378-2240 |
| Balch Springs | 972-286-5452 |
| Cedar Hill | 972-291-6246 |

**Dallas**

| | |
|---|---|
| Abrams Centre | 972-239-9292 |
| Camp Wisdom | 214-467-6996 |
| Central Expy | 972-913-3106 |
| Kiest | 214-371-6000 |
| Preston Forest | 972-661-0399 |
| Preston Rd | 972-447-4580 |
| Turtle Creek | 214-521-4800 |
| Turtle Creek-LPO* | 214-780-2000 |
| Westmoreland | 214-330-3800 |
| Ennis | 972-875-8461 |

**Fort Worth**

| | |
|---|---|
| Stockyards | 817-378-2200 |

**Frisco**

| | |
|---|---|
| Gaylord Parkway | 214-619-2265 |
| Main St | 972-712-4499 |
| Gainesville | 940-668-8531 |
| Glen Rose | 254-898-0551 |
| Granbury | 817-573-0300 |
| Haltom City | 817-378-2230 |
| Keller | 817-378-2210 |

**McKinney**

| | |
|---|---|
| Central Expy | 972-548-4000 |
| Stonebridge | 972-548-1367 |
| Mesquite | 972-913-3347 |
| Muenster | 940-759-5000 |

**Plano**

| | |
|---|---|
| Midway | 972-473-9000 |
| Preston Rd | 469-229-9334 |
| Red Oak | 972-617-7377 |
| Roanoke | 817-378-2250 |
| Sachse | 972-530-7999 |
| Sanger | 940-458-7404 |
| The Colony | 972-625-2002 |
| Waxahachie | 972-935-5023 |
| Weatherford | 817-594-0533 |

**East Texas Area**

| | |
|---|---|
| Athens | 903-675-8511 |
| Blooming Grove | 903-695-2311 |
| Canton | 903-567-4181 |
| Carthage | 903-693-7161 |
| Corsicana | 903-872-0077 |
| Crockett | 936-546-2265 |
| Eustace | 903-425-7031 |
| Gilmer | 903-843-5525 |
| Grapeland | 936-687-4814 |
| Gun Barrel City | 903-887-3333 |
| Jacksonville | 903-586-9861 |
| Kerens | 903-396-2222 |
| Longview | 903-291-5500 |
| Mt. Vernon | 903-588-2243 |
| Palestine | 903-729-3228 |
| Rusk | 903-683-2286 |
| Seven Points | 903-432-3611 |
| Teague | 254-739-2558 |

**Tyler**

| | |
|---|---|
| Beckham | 903-593-1767 |
| S Broadway | 903-939-2265 |
| University Blvd | 903-566-5575 |
| Winnsboro | 903-342-5205 |

*Loan Production Office, including corporate and private banking

**Houston Area**

| | |
|---|---|
| Angleton | 979-849-6404 |
| Bay City | 979-245-4200 |
| Beaumont | 409-898-2128 |
| Bellaire | 713-666-2511 |
| Cleveland | 281-592-2661 |

**Cypress**

| | |
|---|---|
| Fairfield | 281-373-0080 |
| U.S. 290 | 281-373-0062 |
| Dayton | 936-258-7681 |
| East Bernard | 979-335-7573 |
| El Campo | 979-543-2200 |
| Galveston | 409-762-2103 |
| Groves | 409-962-8458 |
| Hempstead | 979-826-2431 |
| Hitchcock | 409-986-5547 |

**Houston**

| | |
|---|---|
| Aldine | 281-987-7600 |
| Alief | 713-666-2511 |
| Beltway West | 281-970-9636 |
| Copperfield | 281-345-9555 |
| Downtown | 713-693-9250 |
| Eastex Freeway | 281-449-8282 |
| Gessner | 713-242-1030 |
| Gladebrook | 832-249-7600 |
| Heights | 713-861-1125 |
| Highway 6 West | 281-496-9103 |
| Little York | 713-242-1010 |
| Medical Center | 713-693-9275 |
| Memorial Dr | 713-465-0300 |
| Northside | 713-226-5300 |
| Plaza | 713-666-2511 |
| River Oaks | 713-693-9400 |
| SW Medical Ctr | 713-777-0760 |
| Tanglewood | 713-693-9225 |
| Uptown | 713-892-4700 |
| Waugh Dr | 713-693-9100 |
| West University | 281-902-1650 |
| Westheimer | 713-781-7171 |
| Wirt | 713-242-1060 |
| Woodcreek | 281-443-7600 |

**Katy**

| | |
|---|---|
| Cinco Ranch Blvd | 281-693-6800 |
| Fry Road | 713-666-2511 |
| Grand Parkway | 713-666-2511 |
| Pin Oak | 713-666-2511 |
| Spring Green | 281-584-8660 |
| Liberty | 936-336-5731 |

**Magnolia**

| | |
|---|---|
| Goodson Rd | 281-356-8231 |
| Parkway | 936-442-5915 |
| Mont Belvieu | 281-576-5444 |
| Nederland | 409-727-2153 |
| Needville | 979-793-4211 |

**Pearland**

| | |
|---|---|
| Shadow Creek | 713-340-0652 |

**Richmond**

| | |
|---|---|
| Pecan Grove | 281-762-6700 |
| Rosenberg | 832-595-7980 |

**South Houston**

| | |
|---|---|
| Pasadena | 713-943-8833 |
| Spring | 832-717-3260 |

**Sugar Land**

| | |
|---|---|
| First Colony | 281-902-1750 |
| Southwest Fwy | 281-269-7200 |

**The Woodlands**

| | |
|---|---|
| I-45 | 281-292-6691 |
| College Park | 713-669-3516 |
| Research Forest | 832-663-4500 |
| Tomball | 281-290-0404 |
| Waller | 936-372-9404 |

**Webster**

| | |
|---|---|
| Clear Lake | 281-332-3595 |
| West Columbia | 979-345-3141 |

| | |
|---|---|
| Wharton | 979-282-2000 |
| Winnie | 409-296-3000 |

**South Texas Area**

| | |
|---|---|
| Alice | 361-664-5446 |
| Aransas Pass | 361-758-5624 |
| Beeville | 361-358-3612 |

**Corpus Christi**

| | |
|---|---|
| Calallen | 361-387-5235 |
| Carmel | 361-814-2935 |
| Northwest | 361-241-6817 |
| Padre Island | 361-949-1846 |
| Saratoga | 361-854-0728 |
| Timbergate | 361-986-7800 |
| Water St | 361-887-8771 |
| Cuero | 361-275-2374 |
| Edna | 361-782-3533 |
| Goliad | 361-645-3246 |
| Gonzales | 830-672-7551 |
| Hallettsville | 361-798-4357 |
| Kingsville | 361-592-2636 |
| Mathis | 361-547-3336 |
| Palacios | 361-972-5481 |
| Port Lavaca | 361-552-7411 |
| Portland | 361-643-2565 |
| Rockport | 361-729-7411 |
| Sinton | 361-364-1261 |
| Taft | 361-528-2556 |

**Victoria**

| | |
|---|---|
| Colony Creek | 361-573-1088 |
| Main St | 361-573-6321 |
| Navarro | 361-788-2700 |
| North | 361-573-1993 |
| Yoakum | 361-293-5221 |
| Yorktown | 361-564-2291 |

**West Texas Area**

**Abilene**

| | |
|---|---|
| Antilley Rd | 325-794-3300 |
| Barrow St | 325-794-2000 |
| Cypress St | 325-794-1000 |
| Judge Ely | 325-794-3100 |
| Mockingbird | 325-794-3200 |
| Big Spring | 432-267-5555 |
| Brownfield | 806-637-7626 |
| Brownwood | 325-646-6500 |
| Cisco | 254-442-2211 |
| Comanche | 325-356-7517 |
| Early | 325-643-2748 |
| Floydada | 806-983-3725 |
| Gorman | 254-734-2254 |
| Levelland | 806-894-5296 |
| Littlefield | 806-385-5149 |

**Lubbock**

| | |
|---|---|
| 4th St | 806-784-4000 |
| 66th St | 806-767-6600 |
| 82nd St | 806-767-8200 |
| 86th St | 806-474-3000 |
| 98th St | 806-798-9810 |
| Avenue Q | 806-767-7000 |
| N University | 806-767-7240 |
| Texas Tech | 806-740-3400 |
| Merkel | 325-928-4728 |

**Midland**

| | |
|---|---|
| Wadley | 432-694-6100 |
| Wall St | 432-571-4960 |

**Odessa**

| | |
|---|---|
| Grandview | 432-550-3334 |
| Grant | 432-580-2300 |
| Kermit Highway | 432-333-3400 |
| Parkway | 432-580-2580 |
| Plainview | 806-293-8888 |
| San Angelo | 325-949-0222 |
| Slaton | 806-828-4282 |
| Snyder | 325-573-4041 |

9001