# CHAPTER 12 MONTHLY REPORT

Month of May, 2017

DEBTOR(S):Michael D. Stone_____

CASE NO.:__ 14-31692-HI-12_____

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis)

I. *Cash received during the month (itemize).*

| Item & Quantity Sold: | Amount |
|---|---|
| 152,500 yds sod_____ | _$  137,663_____ |
| _Delivery Income & Custom Labor_____ | _$   65,683_____ |
| | _$_____ |
| New loan received this month, if any | |
| (from___  _____) | |
| Wages earned from outside work | _$_____ |
| Other receipts:_____ | |
| ___A/R Collections/charges_____ | _$ __-50,984_____ |
| Total Cash Receipts: | $_152,362_ |

II. *Expenses Paid:*

| | |
|---|---|
| Total amount paid for household: | $_____ 12,772_____ |
| Operating expenses paid (itemize): | |
| Item | Amount |
| _Cost of Goods_____ | _$  142,884_____ |
| _Operating Expenses_____ | _$_  57,790_____ |
| | |
| | |
| | |
| | |
| Subtotal operating expenses paid: | $__200,674_____ |
| Plan payments made to Chapter 12 Trustee | $_____ |
| Total Expenses Paid During Month: | $__213,446_____ |

| | |
|---|---|
| Losses due to boat damage or equipment failure | $_____ |
| Losses due to crop failure or damage | $_____ |
| Losses due to death or disease of livestock or poultry | $_____ |

(Losses should not be included in profit or loss — it is information only)

PROFIT (OR LOSS) FOR MONTH                          $-61,084

III.   *Cash Reconciliation:*

Cash and Bank Accounts Balance at Beginning of Month   $   63,487_____
(This is the Cash and Bank accounts Balance at End of Month from the last Report)

Income (or Loss) During Month (This is the Total Cash       $   -61,084 _____
Receipts from page 1 of this Report, less the Total Expenses Paid During
Month from page 1 of this Report) 22114 FM 457

Cash and Bank Accounts Balance at End of Month (This        $ 7,593_____
total will become the Cash and Bank Accounts Balance at Beginning of Month on the next Report)

PLEASE ATTACH COPIES OF ALL BANK STATEMENTS

IV. *Expenses Charged But Not Paid During Month (itemize):*

Expense                                                    Amount

_____                    _____
_____                    _____
_____                    _____
_____                    _____

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING
STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE,
INFORMATION, AND BELIEF.

___6|8|17_____                    _____
Date                                 Debtor

_____                 _____
Date                                 Debtor

This Report and any attachments is due within 15 days following the end of each month and
should be sent to David G. Peake, Chapter 12 Trustee, 9660 Hillcroft, Suite 430, Houston, Texas
77096.

# PROSPERITY BANK®

Visit us online at ProsperityBankUSA.com

| Statement Date | 5/31/2017 |
|---|---|
| Account No | ▇861 |
| | Page 1 of 21 |

MICHAEL D STONE
DBA MICHAEL D STONE GRASS FARMS
PO BOX 1168
BAY CITY TX 77404-1168

717

1

## STATEMENT SUMMARY — TX Small Business Check Account No ▇861

| 05/01/2017 | Beginning Balance | | | | $63,486.52 |
|---|---|---|---|---|---|
| | 6 | Deposits/Other Credits | | + | $152,362.20 |
| | 195 | Checks/Other Debits | | - | $208,255.77 |
| 05/31/2017 | Ending Balance | 31 | Days in Statement Period | | $7,592.95 |
| | Total Enclosures | | | | 186 |

## DEPOSITS/OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 05/03/2017 | Deposit | $1,500.00 |
| 05/04/2017 | Deposit | $100,000.00 |
| 05/10/2017 | Deposit | $2,681.75 |
| 05/19/2017 | Deposit | $4,373.75 |
| 05/22/2017 | Deposit | $21,785.00 |
| 05/30/2017 | Deposit | $22,021.70 |

## CHECKS

| Check Number | Date | Amount | Check Number | Date | Amount | Check Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 19661 | 05-31 | $1,237.50 | 20219* | 05-10 | $532.29 | 20248 | 05-12 | $167.58 |
| 19753* | 05-16 | $1,380.80 | 20220 | 05-16 | $750.00 | 20249 | 05-15 | $250.99 |
| 19804* | 05-15 | $450.00 | 20221 | 05-15 | $2,761.18 | 20250 | 05-03 | $2,700.00 |
| 19917* | 05-05 | $1,079.00 | 20222 | 05-12 | $450.00 | 20251 | 05-01 | $2,550.00 |
| 19994* | 05-11 | $3,000.00 | 20223 | 05-09 | $2,020.00 | 20252 | 05-01 | $450.00 |
| 19995 | 05-18 | $3,000.00 | 20224 | 05-09 | $201.87 | 20253 | 05-02 | $900.00 |
| 19996 | 05-31 | $3,000.00 | 20225 | 05-02 | $1,233.00 | 20254 | 05-02 | $116.00 |
| 20121* | 05-16 | $1,792.00 | 20226 | 05-02 | $1,096.00 | 20255 | 05-02 | $900.00 |
| 20129* | 05-12 | $2,000.00 | 20227 | 05-02 | $1,644.00 | 20256 | 05-02 | $2,700.00 |
| 20159* | 05-10 | $300.00 | 20228 | 05-08 | $450.00 | 20257 | 05-15 | $73.91 |
| 20162* | 05-16 | $357.00 | 20230* | 05-12 | $559.20 | 20258 | 05-16 | $153.75 |
| 20168* | 05-04 | $2,999.53 | 20234* | 05-23 | $2,360.00 | 20259 | 05-18 | $51.34 |
| 20169 | 05-26 | $1,003.03 | 20235 | 05-10 | $52.04 | 20260 | 05-12 | $199.90 |
| 20175* | 05-10 | $551.68 | 20236 | 05-08 | $3.18 | 20261 | 05-22 | $1,740.24 |
| 20179* | 05-01 | $25.88 | 20237 | 05-11 | $40.36 | 20262 | 05-15 | $250.48 |
| 20185* | 05-02 | $850.00 | 20238 | 05-11 | $21.93 | 20263 | 05-24 | $3,065.00 |
| 20192* | 05-08 | $533.33 | 20239 | 05-08 | $450.00 | 20264 | 05-16 | $450.00 |
| 20198* | 05-02 | $5,000.00 | 20242* | 05-09 | $76.29 | 20265 | 05-15 | $25.01 |
| 20200* | 05-01 | $3,400.00 | 20243 | 05-16 | $106.33 | 20266 | 05-16 | $88.50 |
| 20201 | 05-03 | $3,400.00 | 20244 | 05-12 | $450.00 | 20267 | 05-09 | $450.00 |
| 20202 | 05-10 | $3,400.00 | 20246* | 05-02 | $450.00 | 20268 | 05-05 | $2,250.00 |
| 20203 | 05-16 | $3,400.00 | 20247 | 05-01 | $1,286.97 | 20269 | 05-02 | $450.00 |

MEMBER FDIC            EQUAL HOUSING LENDER            NYSE Symbol "PB"

9001

1001

106011 : 00071701

MICHAEL D STONE

Statement Date   5/31/2017
Account No   ■■■5861
Page 2 of 21

## CHECKS

| Check Number | Date | Amount | Check Number | Date | Amount | Check Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 20270 | 05-03 | $277.96 | 20308 | 05-22 | $450.00 | 20357 | 05-16 | $900.00 |
| 20271 | 05-15 | $400.00 | 20309 | 05-16 | $2,700.00 | 20358 | 05-23 | $900.00 |
| 20272 | 05-09 | $850.00 | 20310 | 05-23 | $900.00 | 20359 | 05-17 | $1,022.57 |
| 20273 | 05-03 | $800.00 | 20311 | 05-16 | $1,537.00 | 20360 | 05-23 | $450.00 |
| 20274 | 05-02 | $170.00 | 20312 | 05-09 | $1,800.00 | 20361 | 05-23 | $568.00 |
| 20275 | 05-03 | $450.00 | 20313 | 05-10 | $1,350.00 | 20362 | 05-31 | $69.66 |
| 20276 | 05-03 | $450.00 | 20317* | 05-18 | $840.00 | 20363 | 05-31 | $30.07 |
| 20277 | 05-16 | $71.43 | 20318 | 05-16 | $450.00 | 20364 | 05-26 | $533.33 |
| 20278 | 05-03 | $450.00 | 20319 | 05-23 | $900.00 | 20366* | 05-30 | $292.63 |
| 20279 | 05-12 | $450.00 | 20320 | 05-30 | $41.53 | 20367 | 05-22 | $900.00 |
| 20280 | 05-15 | $64.26 | 20321 | 05-23 | $126.07 | 20369* | 05-31 | $230.43 |
| 20281 | 05-15 | $35.05 | 20326* | 05-11 | $1,159.71 | 20370 | 05-26 | $2,845.84 |
| 20282 | 05-12 | $38.52 | 20329* | 05-15 | $450.00 | 20373* | 05-25 | $3,758.55 |
| 20283 | 05-12 | $79.68 | 20330 | 05-12 | $1,110.00 | 20374 | 05-31 | $1,900.00 |
| 20284 | 05-05 | $1,350.00 | 20332* | 05-30 | $164.75 | 20375 | 05-23 | $990.00 |
| 20285 | 05-04 | $397.25 | 20333 | 05-25 | $11.24 | 20377* | 05-31 | $1,142.00 |
| 20286 | 05-10 | $325.07 | 20334 | 05-16 | $1,296.51 | 20378 | 05-30 | $1,000.00 |
| 20287 | 05-04 | $7,000.00 | 20335 | 05-15 | $625.00 | 20379 | 05-26 | $900.00 |
| 20288 | 05-10 | $2,651.76 | 20336 | 05-16 | $2,700.00 | 20380 | 05-24 | $900.00 |
| 20289 | 05-04 | $859.44 | 20337 | 05-16 | $300.00 | 20381 | 05-25 | $450.00 |
| 20290 | 05-05 | $8,000.00 | 20338 | 05-17 | $2,635.00 | 20382 | 05-22 | $450.00 |
| 20291 | 05-16 | $50.65 | 20339 | 05-16 | $450.00 | 20386* | 05-23 | $450.00 |
| 20292 | 05-16 | $469.50 | 20340 | 05-17 | $450.00 | 20387 | 05-24 | $450.00 |
| 20293 | 05-11 | $900.00 | 20341 | 05-22 | $450.00 | 20388 | 05-25 | $450.00 |
| 20294 | 05-15 | $283.64 | 20342 | 05-16 | $1,350.00 | 20389 | 05-31 | $22.99 |
| 20295 | 05-23 | $397.08 | 20343 | 05-19 | $450.00 | 20394* | 05-31 | $21.92 |
| 20296 | 05-24 | $229.50 | 20344 | 05-16 | $450.00 | 20395 | 05-26 | $450.00 |
| 20297 | 05-18 | $2,125.00 | 20345 | 05-30 | $400.00 | 20396 | 05-25 | $1,200.00 |
| 20298 | 05-08 | $700.00 | 20346 | 05-31 | $962.03 | 20397 | 05-26 | $450.00 |
| 20299 | 05-09 | $1,350.00 | 20347 | 05-30 | $272.47 | 20398 | 05-30 | $1,276.43 |
| 20300 | 05-08 | $650.00 | 20348 | 05-22 | $450.00 | 20399 | 05-25 | $1,050.09 |
| 20301 | 05-12 | $1,350.00 | 20349 | 05-31 | $289.05 | 20403* | 05-30 | $485.00 |
| 20302 | 05-08 | $2,205.00 | 20350 | 05-24 | $1,518.00 | 20405* | 05-31 | $450.00 |
| 20303 | 05-09 | $1,060.00 | 20351 | 05-23 | $450.00 | 20406 | 05-31 | $1,350.00 |
| 20304 | 05-08 | $450.00 | 20353* | 05-31 | $20.23 | 20407 | 05-31 | $520.00 |
| 20305 | 05-09 | $2,250.00 | 20354 | 05-31 | $122.35 | 20411* | 05-31 | $2,400.00 |
| 20306 | 05-08 | $20,000.00 | 20355 | 05-31 | $99.21 | 20412 | 05-31 | $1,249.05 |
| 20307 | 05-17 | $450.00 | 20356 | 05-16 | $450.00 | 20414* | 05-31 | $450.00 |

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 05/02/2017 | ACH Payment CHASE MTG PAYMNT *****2445 71000158762025 16 | $902.97 |
| 05/02/2017 | ACH Payment HCTRA EFT 170501 EZTAGSTORE 162304 *****1252 | $240.00 |
| 05/02/2017 | ACH Payment AUTHNET GATEWAY BILLING 96292168 10400001638 | $17.95 |
| 05/03/2017 | ACH Payment MERCHANT BANKCD FEE 267049073880 91000016749 | $66.04 |
| 05/03/2017 | ACH Payment MERCHANT BANKCD DEPOSIT 267049073880 9100001 | $16.20 |
| 05/04/2017 | ACH Payment KUBOTA TRACTOR CIPNONREC 00041191644 3110020 | $149.42 |
| 05/09/2017 | ACH Payment HCTRA EFT 170506 EZTAGSTORE 162304 *****1258 | $240.00 |
| 05/09/2017 | ACH Payment BK OF AM CRD ACH PAYBYPHONE 1945612 51000017 | $1,200.00 |
| 05/16/2017 | ACH Payment HCTRA EFT 170514 EZTAGSTORE 162304 *****1252 | $240.00 |
| 05/16/2017 | ACH Payment CHASE MTG PAYMNT *****0770 71000157219264 16 | $902.97 |

MICHAEL D STONE

Statement Date    5/31/2017
Account No    ⬤861

Page 3 of 21

## OTHER DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 05/25/2017 | ACH Payment AMEX EPAYMENT ACH PMT V1852 91000018374695 E | $500.00 |
| 05/31/2017 | ACH Payment HCTRA EFT 170527 EZTAGSTORE 162304 *****1251 | $264.61 |
| 05/31/2017 | ACH Payment HCTRA EFT 170529 EZTAGSTORE 162304 *****1251 | $242.85 |
| 05/31/2017 | ACH Payment CHASE MTG PAYMNT *****4282 71000157401711 16 | $902.97 |
| 05/31/2017 | Service Charge | $3.20 |

## DAILY ENDING BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 05-01 | $55,773.67 | 05-11 | $59,366.15 | 05-23 | $26,248.76 |
| 05-02 | $39,103.75 | 05-12 | $52,511.27 | 05-24 | $20,086.26 |
| 05-03 | $31,993.55 | 05-15 | $46,372.25 | 05-25 | $12,666.38 |
| 05-04 | $120,587.91 | 05-16 | $24,045.31 | 05-26 | $6,484.18 |
| 05-05 | $107,908.91 | 05-17 | $19,487.74 | 05-30 | $24,573.07 |
| 05-08 | $82,467.40 | 05-18 | $13,471.40 | 05-31 | $7,592.95 |
| 05-09 | $70,969.24 | 05-19 | $17,395.15 | | |
| 05-10 | $64,488.15 | 05-22 | $34,739.91 | | |

## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Service Charge | 05/31/2017 | $3.20 |
| Service Charge Balance | | $6,484.18 |
| Total Items | | $3.20 |

9001



008012 : 00071702

MICHAEL D STONE

Account No ████861

Page 4 of 21

9001



5/3/2017        $1,500.00

5/4/2017        $100,000.00

5/10/2017        $2,681.75

5/19/2017        $4,373.75

5/22/2017        $21,785.00

5/30/2017        $22,021.70

5/31/2017    19661    $1,237.50

5/16/2017    19753    $1,380.80

5/15/2017    19804    $450.00

5/5/2017    19917    $1,079.00

5/11/2017    19994    $3,000.00

5/18/2017    19995    $3,000.00

MICHAEL D STONE

| 5/31/2017 | 19996 | $3,000.00 |
| 5/16/2017 | 20121 | $1,792.00 |
| 5/12/2017 | 20129 | $2,000.00 |
| 5/10/2017 | 20159 | $300.00 |
| 5/16/2017 | 20162 | $357.00 |
| 5/4/2017 | 20168 | $2,999.53 |
| 5/26/2017 | 20169 | $1,003.03 |
| 5/10/2017 | 20175 | $551.68 |
| 5/1/2017 | 20179 | $25.88 |
| 5/2/2017 | 20185 | $850.00 |
| 5/8/2017 | 20192 | $533.33 |
| 5/2/2017 | 20198 | $5,000.00 |

9001
008013 : 00071703




MICHAEL D STONE

Account No ████861

Page 6 of 21



| 5/1/2017 | 20200 | $3,400.00 |



| 5/3/2017 | 20201 | $3,400.00 |



| 5/10/2017 | 20202 | $3,400.00 |



| 5/16/2017 | 20203 | $3,400.00 |



| 5/10/2017 | 20219 | $532.29 |



| 5/16/2017 | 20220 | $750.00 |



| 5/15/2017 | 20221 | $2,761.18 |



| 5/12/2017 | 20222 | $450.00 |



| 5/9/2017 | 20223 | $2,020.00 |



| 5/9/2017 | 20224 | $201.87 |



| 5/2/2017 | 20225 | $1,233.00 |



| 5/2/2017 | 20226 | $1,096.00 |

9001

MICHAEL D STONE



5/2/2017      20227      $1,644.00

5/8/2017      20228      $450.00



5/12/2017      20230      $559.20

5/23/2017      20234      $2,360.00




5/10/2017      20235      $52.04

5/8/2017      20236      $3.18




5/11/2017      20237      $40.36

5/11/2017      20238      $21.93




5/8/2017      20239      $450.00

5/9/2017      20242      $76.29




5/16/2017      20243      $106.33

5/12/2017      20244      $450.00

MICHAEL D STONE

Account No ████ 861

Page 8 of 21



| 5/2/2017 | 20246 | $450.00 |



| 5/1/2017 | 20247 | $1,286.97 |



| 5/12/2017 | 20248 | $167.58 |



| 5/15/2017 | 20249 | $250.99 |



| 5/3/2017 | 20250 | $2,700.00 |



| 5/1/2017 | 20251 | $2,550.00 |



| 5/1/2017 | 20252 | $450.00 |



| 5/2/2017 | 20253 | $900.00 |



| 5/2/2017 | 20254 | $116.00 |



| 5/2/2017 | 20255 | $900.00 |



| 5/2/2017 | 20256 | $2,700.00 |



| 5/15/2017 | 20257 | $73.91 |

9001

MICHAEL D STONE

Account No ▓▓▓861





| 5/16/2017 | 20258 | $153.75 |
|---|---|---|
| 5/18/2017 | 20259 | $51.34 |





| 5/12/2017 | 20260 | $199.90 |
|---|---|---|
| 5/22/2017 | 20261 | $1,740.24 |





| 5/15/2017 | 20262 | $250.48 |
|---|---|---|
| 5/24/2017 | 20263 | $3,065.00 |





| 5/16/2017 | 20264 | $450.00 |
|---|---|---|
| 5/15/2017 | 20265 | $25.01 |





| 5/16/2017 | 20266 | $88.50 |
|---|---|---|
| 5/9/2017 | 20267 | $450.00 |



| 5/5/2017 | 20268 | $2,250.00 |
|---|---|---|
| 5/2/2017 | 20269 | $450.00 |

MICHAEL D STONE

Account No _____861

| | | |
|---|---|---|
| 5/3/2017 | 20270 | $277.96 |
| 5/15/2017 | 20271 | $400.00 |
| 5/9/2017 | 20272 | $850.00 |
| 5/3/2017 | 20273 | $800.00 |
| 5/2/2017 | 20274 | $170.00 |
| 5/3/2017 | 20275 | $450.00 |
| 5/3/2017 | 20276 | $450.00 |
| 5/16/2017 | 20277 | $71.43 |
| 5/3/2017 | 20278 | $450.00 |
| 5/12/2017 | 20279 | $450.00 |
| 5/15/2017 | 20280 | $64.26 |
| 5/15/2017 | 20281 | $35.05 |

L001

MICHAEL D STONE



| 5/12/2017 | 20282 | $38.52 |
| 5/12/2017 | 20283 | $79.68 |




| 5/5/2017 | 20284 | $1,350.00 |
| 5/4/2017 | 20285 | $397.25 |




| 5/10/2017 | 20286 | $325.07 |
| 5/4/2017 | 20287 | $7,000.00 |




| 5/10/2017 | 20288 | $2,651.76 |
| 5/4/2017 | 20289 | $859.44 |




| 5/5/2017 | 20290 | $8,000.00 |
| 5/16/2017 | 20291 | $50.65 |




| 5/15/2017 | 20292 | $469.50 |
| 5/11/2017 | 20293 | $900.00 |

9001

MICHAEL D STONE



5/15/2017     20294     $283.64



5/23/2017     20295     $397.08



5/24/2017     20296     $229.50



5/18/2017     20297     $2,125.00



5/8/2017     20298     $700.00



5/9/2017     20299     $1,350.00



5/8/2017     20300     $650.00



5/12/2017     20301     $1,350.00



5/8/2017     20302     $2,205.00



5/9/2017     20303     $1,060.00

5/8/2017     20304     $450.00

5/9/2017     20305     $2,250.00

MICHAEL D STONE

Account No ████861

Page 13 of 21

| 5/8/2017 | 20306 | $20,000.00 |
|---|---|---|

| 5/17/2017 | 20307 | $450.00 |
|---|---|---|

| 5/22/2017 | 20308 | $450.00 |
|---|---|---|

| 5/16/2017 | 20309 | $2,700.00 |
|---|---|---|



| 5/23/2017 | 20310 | $900.00 |
|---|---|---|



| 5/16/2017 | 20311 | $1,537.00 |
|---|---|---|



| 5/9/2017 | 20312 | $1,800.00 |
|---|---|---|



| 5/10/2017 | 20313 | $1,350.00 |
|---|---|---|



| 5/18/2017 | 20317 | $840.00 |
|---|---|---|



| 5/16/2017 | 20318 | $450.00 |
|---|---|---|

| 5/23/2017 | 20319 | $900.00 |
|---|---|---|

| 5/30/2017 | 20320 | $41.53 |
|---|---|---|



MICHAEL D STONE

Account No ███861

| 5/23/2017 | 20321 | $126.07 |
| 5/11/2017 | 20326 | $1,159.71 |
| 5/15/2017 | 20329 | $450.00 |
| 5/12/2017 | 20330 | $1,110.00 |
| 5/30/2017 | 20332 | $164.75 |
| 5/25/2017 | 20333 | $11.24 |
| 5/16/2017 | 20334 | $1,296.51 |
| 5/15/2017 | 20335 | $625.00 |
| 5/16/2017 | 20336 | $2,700.00 |
| 5/16/2017 | 20337 | $300.00 |
| 5/17/2017 | 20338 | $2,635.00 |
| 5/16/2017 | 20339 | $450.00 |

1001

MICHAEL D STONE

Account No _____861

Page 15 of 21



5/17/2017     20340     $450.00



5/22/2017     20341     $450.00



5/16/2017     20342     $1,350.00



5/19/2017     20343     $450.00



5/16/2017     20344     $450.00



5/30/2017     20345     $400.00



5/31/2017     20346     $962.03



5/30/2017     20347     $272.47



5/22/2017     20348     $450.00



5/31/2017     20349     $289.05



5/24/2017     20350     $1,518.00

5/23/2017     20351     $450.00

9001

006018 : 00071708

MICHAEL D STONE

Account No ▓▓▓861



| 5/31/2017 | 20353 | $20.23 |
| 5/31/2017 | 20354 | $122.35 |
| 5/31/2017 | 20355 | $99.21 |
| 5/16/2017 | 20356 | $450.00 |
| 5/16/2017 | 20357 | $900.00 |
| 5/23/2017 | 20358 | $900.00 |
| 5/17/2017 | 20359 | $1,022.57 |
| 5/23/2017 | 20360 | $450.00 |
| 5/23/2017 | 20361 | $568.00 |
| 5/31/2017 | 20362 | $69.66 |
| 5/31/2017 | 20363 | $30.67 |
| 5/26/2017 | 20364 | $533.33 |

MICHAEL D STONE

Account No ████861

Page 17 of 21



| 5/30/2017 | 20366 | $292.63 |
| 5/22/2017 | 20367 | $900.00 |
| 5/31/2017 | 20369 | $230.43 |
| 5/26/2017 | 20370 | $2,845.84 |
| 5/25/2017 | 20373 | $3,758.55 |
| 5/31/2017 | 20374 | $1,900.00 |
| 5/23/2017 | 20375 | $990.00 |
| 5/31/2017 | 20377 | $1,142.00 |
| 5/30/2017 | 20378 | $1,000.00 |
| 5/26/2017 | 20379 | $900.00 |
| 5/24/2017 | 20380 | $900.00 |
| 5/25/2017 | 20381 | $450.00 |



MICHAEL D STONE

Account No ███861

| 5/22/2017 | 20382 | $450.00 |
|---|---|---|



| 5/23/2017 | 20386 | $450.00 |
|---|---|---|



| 5/24/2017 | 20387 | $450.00 |
|---|---|---|



| 5/25/2017 | 20388 | $450.00 |
|---|---|---|



| 5/31/2017 | 20389 | $22.99 |
|---|---|---|



| 5/31/2017 | 20394 | $21.92 |
|---|---|---|



| 5/26/2017 | 20395 | $450.00 |
|---|---|---|



| 5/25/2017 | 20396 | $1,200.00 |
|---|---|---|



| 5/26/2017 | 20397 | $450.00 |
|---|---|---|



| 5/30/2017 | 20398 | $1,276.43 |
|---|---|---|



| 5/25/2017 | 20399 | $1,050.09 |
|---|---|---|



| 5/30/2017 | 20403 | $485.00 |
|---|---|---|

9001

MICHAEL D STONE

5/31/2017    20405    $450.00



5/31/2017    20406    $1,350.00



5/31/2017    20407    $520.00



5/31/2017    20411    $2,400.00



5/31/2017    20412    $1,249.05



5/31/2017    20414    $450.00

008U1A : 00071710

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you believe there is an error on your statement, or if you need additional information about a transaction listed on your statement, or if you believe a substitute check does not accurately reflect a transaction, send a written letter on a separate sheet to P.O. Drawer G, El Campo, Texas 77437 as soon as possible. We must hear from you no later than 60 days (40 days for Check 21 expedited recrediting rights) after we sent you the first statement on which the error or problem appeared. Otherwise, the account will be considered correct. You can telephone us with inquires at your local banking center or at 800-531-1401, but doing so will not preserve your rights.

In your letter, give us the following information:
1) Your name and account number.
2) The dollar amount of the suspected error.
3) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
4) For a substitute check explain why an original or better copy is necessary and provide sufficient information to identify the substitute check.

*The Check 21 Act procedures and expedited recrediting rights are only available to consumer customers. Check 21 will result in a reduction in the time between the cashing and clearing of a check. Please ensure that you have available funds on deposit before writing checks to avoid the risk of being overdrawn.*

In case of errors or questions about your electronic transfers, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you have use of the money during the time it takes us to complete the investigation.

TO REPORT LOST OR STOLEN PROSPERITY BANK DEBIT CARD, CALL YOUR LOCAL BANKING CENTER. AFTER HOURS, CALL 800-684-2132.

9001

### THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

| YOUR BALANCE SHOWN ON THIS STATEMENT | $ _____ |
| ADD + (IF ANY) DEPOSITS NOT SHOWN ON THIS STATEMENT | $ _____ |
| TOTAL | $ _____ |
| SUBTRACT - (IF ANY) CHECKS OUTSTANDING | $ _____ |
| BALANCE | $ _____ |

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE

| CHECKS OUTSTANDING | |
| NO. | AMOUNT |
| --- | --- |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| MISC. CHARGES | |
| TOTAL | |

PLEASE EXAMINE THIS STATEMENT AT ONCE. NOTIFY US IN WRITING OF ANY CHANGE OF ADDRESS