# CHAPTER 12 MONTHLY REPORT

Month of June, 2017

DEBTOR(S):Michael D. Stone
CASE NO.: 14-31692-HI-12

## MONTHLY CASH RECEIPTS AND DISBURSEMENTS

(Report on a cash basis, unless you keep financial records on an accrual basis)

I. *Cash received during the month (itemize).*

| Item & Quantity Sold: | Amount |
|---|---|
| 100,451 yds sod | $ 110,592 |
| Delivery Income & Custom Labor | $ 34,836 |
| | |
| | $ |
| New loan received this month, if any (from ) | |
| Wages earned from outside work | $ |
| Other receipts: Sale of House | 86,858 |
| A/R Collections/charges | $ - 6,077 |
| Total Cash Receipts: | $ 226,209 |

II. *Expenses Paid:*

| | |
|---|---|
| Total amount paid for household: | $ 12,686 |
| Operating expenses paid (itemize): | |
| Item | Amount |
| Cost of Goods | $ 120,198 |
| Operating Expenses | $ 36,563 |
| Subtotal operating expenses paid: | $ 156,761 |
| Plan payments made to Chapter 12 Trustee | $ |
| Total Expenses Paid During Month: | $ 169,447 |

| | |
|---|---|
| Losses due to boat damage or equipment failure | $ |
| Losses due to crop failure or damage | $ |
| Losses due to death or disease of livestock or poultry | $ |

(Losses should not be included in profit or loss — it is information only)

PROFIT (OR LOSS) FOR MONTH $56,762

III. *Cash Reconciliation:*

Cash and Bank Accounts Balance at Beginning of Month $ 7,593______
(This is the Cash and Bank accounts Balance at End of Month from the last Report)

Income (or Loss) During Month (This is the Total Cash Receipts from page 1 of this Report, less the Total Expenses Paid During Month from page 1 of this Report) 22114 FM 457 $ 56,762_____

Cash and Bank Accounts Balance at End of Month (This total will become the Cash and Bank Accounts Balance at Beginning of Month on the next Report) _$ 32,378________

PLEASE ATTACH COPIES OF ALL BANK STATEMENTS

IV. *Expenses Charged But Not Paid During Month (itemize):*

| Expense | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |

I CERTIFY UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING STATEMENT, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

7-14-17
Date

Debtor

Date

Debtor

This Report and any attachments is due within 15 days following the end of each month and should be sent to David G. Peake, Chapter 12 Trustee, 9660 Hillcroft, Suite 430, Houston, Texas 77096.

# PROSPERITY BANK®

Visit us online at ProsperityBankUSA.com

Statement Date 6/30/2017
Account No ████861

MICHAEL D STONE
DBA MICHAEL D STONE GRASS FARMS
PO BOX 1168
BAY CITY TX 77404-1168

717

1

## STATEMENT SUMMARY

TX Small Business Check Account No 861

| | | | | |
|---|---|---|---|---|
| 06/01/2017 | Beginning Balance | | | $7,592.95 |
| | 10 Deposits/Other Credits | | + | $226,209.10 |
| | 160 Checks/Other Debits | | - | $201,423.83 |
| 06/30/2017 | Ending Balance | 30 Days in Statement Period | | $32,378.22 |
| | Total Enclosures | | | 155 |

## DEPOSITS/OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 06/01/2017 | Deposit | $50,000.00 |
| 06/02/2017 | Deposit | $40,733.05 |
| 06/02/2017 | Deposit | $1,993.75 |
| 06/09/2017 | Deposit | $2,406.25 |
| 06/19/2017 | Deposit | $1,718.75 |
| 06/22/2017 | Deposit | $4,410.00 |
| 06/22/2017 | Deposit | $3,464.00 |
| 06/23/2017 | Deposit | $86,858.45 |
| 06/23/2017 | Deposit | $30,478.85 |
| 06/28/2017 | Deposit | $4,146.00 |

9001

## CHECKS

| Check Number | Date | Amount | Check Number | Date | Amount | Check Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 19810 | 06-02 | $450.00 | 20385* | 06-02 | $1,350.00 | 20422 | 06-08 | $26.94 |
| 19901* | 06-15 | $150.00 | 20390* | 06-01 | $505.04 | 20424* | 06-20 | $450.00 |
| 19997* | 06-09 | $3,000.00 | 20391 | 06-01 | $49.61 | 20425 | 06-21 | $750.00 |
| 19998 | 06-28 | $2,600.00 | 20392 | 06-01 | $45.77 | 20426 | 06-14 | $106.33 |
| 20014* | 06-28 | $1,555.70 | 20400* | 06-06 | $450.00 | 20427 | 06-12 | $100.00 |
| 20057* | 06-09 | $486.45 | 20401 | 06-05 | $201.87 | 20428 | 06-06 | $3,294.52 |
| 20170* | 06-02 | $2,378.31 | 20402 | 06-28 | $1,800.00 | 20429 | 06-05 | $2,069.12 |
| 20171 | 06-13 | $5,551.44 | 20408* | 06-05 | $450.00 | 20430 | 06-05 | $915.03 |
| 20245* | 06-29 | $249.00 | 20409 | 06-01 | $900.00 | 20432* | 06-05 | $682.00 |
| 20314* | 06-27 | $5,339.09 | 20410 | 06-01 | $900.00 | 20435* | 06-02 | $2,450.00 |
| 20322* | 06-19 | $94.00 | 20413* | 06-05 | $321.83 | 20436 | 06-02 | $450.00 |
| 20324* | 06-15 | $2,000.00 | 20415* | 06-01 | $450.00 | 20437 | 06-05 | $614.65 |
| 20331* | 06-05 | $1,069.49 | 20416 | 06-06 | $67.63 | 20438 | 06-08 | $71.43 |
| 20365* | 06-28 | $213.65 | 20417 | 06-20 | $2,700.00 | 20440* | 06-06 | $83.70 |
| 20368* | 06-19 | $972.00 | 20418 | 06-14 | $153.75 | 20441 | 06-08 | $233.06 |
| 20371* | 06-01 | $2,845.84 | 20419 | 06-12 | $450.00 | 20442 | 06-07 | $34.21 |
| 20372 | 06-08 | $2,845.82 | 20420 | 06-15 | $2,147.00 | 20443 | 06-07 | $450.00 |
| 20376* | 06-01 | $450.00 | 20421 | 06-13 | $900.00 | 20444 | 06-12 | $891.50 |

MICHAEL D STONE

Statement Date 6/30/2017
Account No [redacted]861

## CHECKS

| Check Number | Date | Amount | Check Number | Date | Amount | Check Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 20445 | 06-09 | $1,645.69 | 20483 | 06-28 | $94.00 | 20521 | 06-28 | $450.00 |
| 20446 | 06-09 | $869.58 | 20484 | 06-19 | $400.00 | 20522 | 06-26 | $1,800.00 |
| 20447 | 06-07 | $1,890.13 | 20485 | 06-15 | $21.66 | 20523 | 06-30 | $272.47 |
| 20448 | 06-01 | $20,000.00 | 20486 | 06-13 | $1,238.25 | 20524 | 06-23 | $2,251.51 |
| 20449 | 06-06 | $450.00 | 20487 | 06-09 | $585.00 | 20525 | 06-26 | $108.49 |
| 20450 | 06-13 | $74.64 | 20488 | 06-13 | $227.06 | 20526 | 06-27 | $51.04 |
| 20452* | 06-14 | $88.50 | 20489 | 06-22 | $1,350.00 | 20527 | 06-22 | $900.00 |
| 20454* | 06-19 | $450.00 | 20490 | 06-13 | $450.00 | 20533* | 06-23 | $325.07 |
| 20455 | 06-13 | $32.90 | 20491 | 06-13 | $450.00 | 20534 | 06-30 | $54.42 |
| 20456 | 06-13 | $167.23 | 20492 | 06-13 | $850.00 | 20535 | 06-23 | $2,550.00 |
| 20457 | 06-06 | $1,517.00 | 20493 | 06-28 | $46.75 | 20538* | 06-21 | $1,146.68 |
| 20458 | 06-09 | $450.00 | 20495* | 06-28 | $164.75 | 20541* | 06-30 | $24.66 |
| 20459 | 06-28 | $477.34 | 20497* | 06-12 | $450.00 | 20543* | 06-23 | $380.00 |
| 20460 | 06-14 | $378.66 | 20498 | 06-14 | $564.00 | 20544 | 06-28 | $450.00 |
| 20461 | 06-15 | $263.50 | 20499 | 06-15 | $1,134.00 | 20547* | 06-26 | $1,238.25 |
| 20462 | 06-28 | $397.08 | 20500 | 06-13 | $1,060.00 | 20550* | 06-23 | $486.00 |
| 20463 | 06-19 | $2,074.15 | 20501 | 06-13 | $920.00 | 20554* | 06-23 | $25,000.00 |
| 20464 | 06-06 | $1,590.00 | 20504* | 06-28 | $343.72 | 20556* | 06-27 | $5,000.00 |
| 20465 | 06-06 | $935.00 | 20505 | 06-30 | $330.92 | 20559* | 06-30 | $900.00 |
| 20466 | 06-15 | $38.59 | 20506 | 06-22 | $69.66 | 20560 | 06-29 | $450.00 |
| 20468* | 06-22 | $2,002.95 | 20507 | 06-28 | $195.95 | 20561 | 06-27 | $1,700.00 |
| 20469 | 06-13 | $450.00 | 20508 | 06-28 | $140.68 | 20562 | 06-27 | $450.00 |
| 20470 | 06-05 | $900.00 | 20509 | 06-22 | $20.23 | 20566* | 06-28 | $450.00 |
| 20471 | 06-06 | $900.00 | 20511* | 06-15 | $1,150.16 | 20567 | 06-26 | $530.00 |
| 20472 | 06-05 | $1,350.00 | 20513* | 06-20 | $900.00 | 20570* | 06-27 | $568.00 |
| 20473 | 06-13 | $50.52 | 20515* | 06-28 | $30.53 | 20571 | 06-27 | $450.00 |
| 20476* | 06-07 | $1,269.00 | 20516 | 06-29 | $533.33 | 20572 | 06-28 | $900.00 |
| 20478* | 06-20 | $126.08 | 20517 | 06-29 | $900.00 | 20573 | 06-29 | $25,000.00 |
| 20479 | 06-13 | $1,350.00 | 20518 | 06-22 | $450.00 | 20578* | 06-30 | $450.00 |
| 20480 | 06-09 | $3,560.69 | 20519 | 06-22 | $1,024.00 | | | |
| 20482* | 06-16 | $84.78 | 20520 | 06-19 | $518.00 | | | |

## OTHER DEBITS

| Date | Description | Amount |
|---|---|---|
| 06/01/2017 | ACH Payment Intuit Payroll 4006963 21000029282259 800-44 | $615.94 |
| 06/02/2017 | ACH Payment AUTHNET GATEWAY BILLING 96638590 10400001602 | $17.95 |
| 06/02/2017 | ACH Payment TEXAS FARM BUREA BILL PAY 20003939361 311011 | $104.00 |
| 06/05/2017 | ACH Payment KUBOTA TRACTOR CIPNONREC 00041191644 3110020 | $149.42 |
| 06/05/2017 | ACH Payment MERCHANT BANKCD FEE 267049073880 91000017048 | $57.79 |
| 06/05/2017 | ACH Payment MERCHANT BANKCD DEPOSIT 267049073880 9100001 | $18.70 |
| 06/06/2017 | ACH Payment HCTRA EFT 170603 EZTAGSTORE 162304 *****1256 | $250.06 |
| 06/07/2017 | ACH Payment AMEX EPAYMENT ACH PMT S4554 91000017461020 E | $800.00 |
| 06/13/2017 | ACH Payment CHASE MTG PAYMNT *****3367 71000155724835 16 | $902.97 |
| 06/21/2017 | Overdraft Charge Item(s) Presented 06/20/2017 | $70.00 |
| 06/22/2017 | Overdraft Charge Item(s) Presented 06/21/2017 | $140.00 |
| 06/26/2017 | ACH Payment BK OF AM CRD ACH PAYBYPHONE 1947329 51000016 | $800.00 |
| 06/27/2017 | ACH Payment CHASE MTG PAYMNT *****4255 71000153771057 16 | $902.97 |
| 06/27/2017 | Stop Pmt Charge Stop Payment Charge | $35.00 |
| 06/30/2017 | Service Charge | $10.00 |

9001

MICHAEL D STONE

Statement Date 6/30/2017
Account No [redacted]861

## DAILY ENDING BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06-01 | $30,830.75 | 06-13 | $15,641.22 | 06-23 | $86,690.01 |
| 06-02 | $66,357.29 | 06-14 | $14,349.98 | 06-26 | $82,213.27 |
| 06-05 | $57,557.39 | 06-15 | $7,445.07 | 06-27 | $67,717.17 |
| 06-06 | $48,019.48 | 06-16 | $7,360.29 | 06-28 | $61,553.02 |
| 06-07 | $43,576.14 | 06-19 | $4,570.89 | 06-29 | $34,420.69 |
| 06-08 | $40,398.89 | 06-20 | $394.81 | 06-30 | $32,378.22 |
| 06-09 | $32,207.73 | 06-21 | -$1,571.87 | | |
| 06-12 | $30,316.23 | 06-22 | $345.29 | | |

## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Service Charge | 06/30/2017 | $10.00 |
| Service Charge Balance | | -$1,571.87 |
| Maintenance Fee | | $10.00 |

9001

| Date | Check No. | Amount |
|---|---|---|
| 6/1/2017 | | $50,000.00 |
| 6/2/2017 | | $1,993.75 |
| 6/2/2017 | | $40,733.05 |
| 6/9/2017 | | $2,406.25 |
| 6/19/2017 | | $1,718.75 |
| 6/22/2017 | | $4,410.00 |
| 6/22/2017 | | $3,464.00 |
| 6/23/2017 | | $30,478.85 |
| 6/23/2017 | | $86,858.45 |
| 6/28/2017 | | $4,146.00 |
| 6/2/2017 | 19810 | $450.00 |
| 6/15/2017 | 19901 | $150.00 |

9004

MICHAEL D STONE Account No [redacted]861

6/9/2017 19997 $3,000.00

6/28/2017 19998 $2,600.00

6/28/2017 20014 $1,555.70

6/9/2017 20057 $486.45

6/2/2017 20170 $2,378.31

6/13/2017 20171 $5,551.44

6/29/2017 20245 $249.00

6/27/2017 20314 $5,339.09

6/19/2017 20322 $94.00

6/15/2017 20324 $2,000.00

6/5/2017 20331 $1,069.49

6/28/2017 20365 $213.65

9004

009013 : 00071703

MICHAEL D STONE

Account No [redacted]61

| Date | Check No. | Amount |
|---|---|---|
| 6/19/2017 | 20368 | $972.00 |
| 6/1/2017 | 20371 | $2,845.84 |
| 6/8/2017 | 20372 | $2,845.82 |
| 6/1/2017 | 20376 | $450.00 |
| 6/2/2017 | 20385 | $1,350.00 |
| 6/1/2017 | 20390 | $505.04 |
| 6/1/2017 | 20391 | $49.61 |
| 6/1/2017 | 20392 | $45.77 |
| 6/6/2017 | 20400 | $450.00 |
| 6/5/2017 | 20401 | $201.87 |
| 6/28/2017 | 20402 | $1,800.00 |
| 6/5/2017 | 20408 | $450.00 |

9001

MICHAEL D STONE

Account No ████861

6/1/2017 20409 $900.00

6/1/2017 20410 $900.00

6/5/2017 20413 $321.83

6/1/2017 20415 $450.00

6/6/2017 20416 $67.63

6/20/2017 20417 $2,700.00

6/14/2017 20418 $153.75

6/12/2017 20419 $450.00

6/15/2017 20420 $2,147.00

6/13/2017 20421 $900.00

6/8/2017 20422 $26.94

6/20/2017 20424 $450.00




MICHAEL D STONE

Account No [redacted]61

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 6/20/2017 | 20425 | $750.00 | 6/14/2017 | 20426 | $106.33 |
| 6/12/2017 | 20427 | $100.00 | 6/6/2017 | 20428 | $3,294.52 |
| 6/5/2017 | 20429 | $2,069.12 | 6/5/2017 | 20430 | $915.03 |
| 6/5/2017 | 20432 | $682.00 | 6/2/2017 | 20435 | $2,450.00 |
| 6/2/2017 | 20436 | $450.00 | 6/5/2017 | 20437 | $614.65 |
| 6/8/2017 | 20438 | $71.43 | 6/6/2017 | 20440 | $83.70 |

Check 20425 — 5/31/2017 — Pay to the order of TNT Trucking — $750.00 — Seven Hundred Fifty and 00/100 Dollars — TNT Trucking, Raymond Thompson, P.O. Box 1841, Jacksonville, TX 75766

Check 20426 — 5/31/2017 — Pay to the order of Farm Bureau — $106.33 — One Hundred Six and 33/100 Dollars — Farm Bureau, 801 Ave F North, Bay City, TX 77414 — Memo 21978695

Check 20427 — 5/31/2017 — Pay to the order of Piney Bowes — $100.00 — One Hundred and 00/100 Dollars — Piney Bowes, PO Box 371874, Pittsburgh, PA 15250-7887 — 8000-9000-0041-4710

Check 20428 — 5/31/2017 — Pay to the order of The Lincoln National Life Ins Co — $3,294.52 — Three Thousand Two Hundred Ninety-Four and 52/100 Dollars — The Lincoln National Life Ins Co, PO Box 7948, Philadelphia, PA 19101-7948 — Memo 546017559

Check 20429 — 5/31/2017 — Pay to the order of S.C.I. Services — $2,069.12 — Two Thousand Sixty-Nine and 12/100 Dollars — S.C.I. Services, PO Box 1403, El Campo, TX 77437

Check 20430 — 5/31/2017 — Pay to the order of S.C.I. Services — $915.03 — Nine Hundred Fifteen and 03/100 Dollars — S.C.I. Services, PO Box 1403, El Campo, TX 77437

Check 20432 — 5/31/2017 — Pay to the order of S.C.I. Services — $682.00 — Six Hundred Eighty-Two and 00/100 Dollars — S.C.I. Services, PO Box 1403, El Campo, TX 77437

Check 20435 — 5/23/2017 — Pay to the order of Ivory Trucking & Logistics Corp, LLC — $2,450.00 — Two Thousand Four Hundred Fifty and 00/100 Dollars — Ivory Trucking & Logistics Corp, LLC, 111 Nina Lane, Stafford, TX 77477 — Memo 5/14/17–5/20/17

Check 20436 — 5/31/2017 — Pay to the order of Ivory Trucking & Logistics Corp, LLC — $450.00 — Four Hundred Fifty and 00/100 Dollars — Ivory Trucking & Logistics Corp, LLC, 111 Nina Lane, Stafford, TX 77477 — Memo 5/21/17–5/27/17

Check 20437 — 5/31/2017 — Pay to the order of T.C. Country Store — $614.65 — Six Hundred Fourteen and 65/100 Dollars — T.C. Country Store, Hwy. 35 and FM 1728, Van Vleck, TX 77482

Check 20438 — 6/1/2017 — Pay to the order of AT&T — $71.43 — Seventy-One and 43/100 Dollars — AT&T, PO Box 5014, Carol Stream, IL 60197-5014 — Memo 979-245-1227

Check 20440 — 6/1/2017 — Pay to the order of Hodges Welding Supply Inc. — $83.70 — Eighty-Three and 70/100 Dollars — Hodges Welding Supply Inc., PO Box 1338, El Campo, TX 77437 — Memo Cylinder Rental

9001

MICHAEL D STONE

Account No ████861

| Date | Check No | Amount |
|---|---|---|
| 6/8/2017 | 20441 | $233.06 |
| 6/7/2017 | 20442 | $34.21 |
| 6/7/2017 | 20443 | $450.00 |
| 6/12/2017 | 20444 | $891.50 |
| 6/9/2017 | 20445 | $1,645.69 |
| 6/9/2017 | 20446 | $869.58 |
| 6/7/2017 | 20447 | $1,890.13 |
| 6/1/2017 | 20448 | $20,000.00 |
| 6/6/2017 | 20449 | $450.00 |
| 6/13/2017 | 20450 | $74.64 |
| 6/14/2017 | 20452 | $88.50 |
| 6/19/2017 | 20454 | $450.00 |

MICHAEL D STONE

Account No [redacted]61

| Date | Check No. | Amount | Payee |
|---|---|---|---|
| 6/13/2017 | 20455 | $32.90 | Securus CBS on Behalf of Embarq |
| 6/13/2017 | 20456 | $167.23 | South Texas Corrugated Pipe, Inc. |
| 6/6/2017 | 20457 | $1,517.00 | Clint McKnight |
| 6/9/2017 | 20458 | $450.00 | Versatile Hauling |
| 6/28/2017 | 20459 | $477.34 | Terrell J Moncada PC |
| 6/14/2017 | 20460 | $378.66 | AT&T |
| 6/15/2017 | 20461 | $263.50 | City of Bay City |
| 6/28/2017 | 20462 | $397.08 | Farm Bureau |
| 6/19/2017 | 20463 | $2,074.15 | Jackson Electric |
| 6/6/2017 | 20464 | $1,590.00 | Joey Dehne |
| 6/6/2017 | 20465 | $935.00 | Justin Oehlke |
| 6/15/2017 | 20466 | $38.59 | Selkirk Water |

9004

MICHAEL D STONE Account No ■■■■61

| Date | Check | Amount |
|---|---|---|
| 6/21/2017 | 20468 | $2,002.95 |
| 6/13/2017 | 20469 | $450.00 |
| 6/5/2017 | 20470 | $900.00 |
| 6/6/2017 | 20471 | $900.00 |
| 6/5/2017 | 20472 | $1,350.00 |
| 6/13/2017 | 20473 | $50.52 |
| 6/7/2017 | 20476 | $1,269.00 |
| 6/20/2017 | 20478 | $126.08 |
| 6/13/2017 | 20479 | $1,350.00 |
| 6/9/2017 | 20480 | $3,560.69 |

Michael Stone
Brian Stone
Farm Account

20482

PAY TO THE ORDER OF AT&T $ 84.78

Eighty-Four and 78/100 DOLLARS

AT&T
PO Box 5014
Carol Stream, IL 60197-5001

MEMO 147846832

6/16/2017 20482 $84.78

Michael Stone
Brian Stone
Farm Account

20483

PAY TO THE ORDER OF Farm Bureau $ 94.00

Ninety-Four and 00/100 DOLLARS

Farm Bureau
Bay City, TX 77414

6/28/2017 20483 $94.00

| Date | Check No. | Amount | Payee |
|---|---|---|---|
| 6/19/2017 | 20484 | $400.00 | Thomas Kerok |
| 6/15/2017 | 20485 | $21.66 | TISD Incorporated |
| 6/13/2017 | 20486 | $1,238.25 | Lacey L Sparks |
| 6/9/2017 | 20487 | $585.00 | Lopez Tire Shop |
| 6/13/2017 | 20488 | $227.06 | Jackson Electric |
| 6/21/2017 | 20489 | $1,350.00 | J.Gordon Trucking |
| 6/13/2017 | 20490 | $450.00 | Ivory Trucking & Logistics Corp, LLC |
| 6/13/2017 | 20491 | $450.00 | Clint McKnight |
| 6/13/2017 | 20492 | $850.00 | Ivory Trucking & Logistics Corp, LLC |
| 6/28/2017 | 20493 | $46.75 | Bert's Rentals/ Propane |
| 6/28/2017 | 20495 | $164.75 | Farm Bureau |
| 6/12/2017 | 20497 | $450.00 | L&M Trucking |

9001

MICHAEL D STONE

Account No [redacted]61

6/14/2017 20498 $564.00

6/15/2017 20499 $1,134.00

6/13/2017 20500 $1,060.00

6/13/2017 20501 $920.00

6/28/2017 20504 $343.72

6/30/2017 20505 $330.92

6/21/2017 20506 $69.66

6/28/2017 20507 $195.95

6/28/2017 20508 $140.68

6/22/2017 20509 $20.23

6/15/2017 20511 $1,150.16

6/20/2017 20513 $900.00

009017 : 00071707

9001

MICHAEL D STONE                                                                 Account No         ███361
                                                                                                   Page 14 of 18



| Date | Check # | Amount | Payee |
|---|---|---|---|
| 6/28/2017 | 20515 | $30.53 | Just Energy |
| 6/29/2017 | 20516 | $533.33 | Lincoln Automotive Financial Services |
| 6/29/2017 | 20517 | $900.00 | On Time Trucking |
| 6/22/2017 | 20518 | $450.00 | J.O.B.E. Services |
| 6/22/2017 | 20519 | $1,024.00 | Joey Ochiltree |
| 6/19/2017 | 20520 | $518.00 | Justin Ochiltree |
| 6/28/2017 | 20521 | $450.00 | Cerdo Upson |
| 6/26/2017 | 20522 | $1,800.00 | J. Gordon Trucking |
| 6/30/2017 | 20523 | $272.47 | De Lage Landen Financial Services, LLC |
| 6/23/2017 | 20524 | $2,251.51 | Ed's Country Store |
| 6/26/2017 | 20525 | $108.49 | Fostoria Company, Inc. |
| 6/27/2017 | 20526 | $51.04 | Quill Corporation |

9001

MICHAEL D STONE

Account No [redacted]61

| Date | Check No. | Amount |
|---|---|---|
| 6/21/2017 | 20527 | $900.00 |
| 6/23/2017 | 20533 | $325.07 |
| 6/30/2017 | 20534 | $54.42 |
| 6/23/2017 | 20535 | $2,550.00 |
| 6/20/2017 | 20538 | $1,146.68 |
| 6/30/2017 | 20541 | $24.66 |
| 6/23/2017 | 20543 | $380.00 |
| 6/28/2017 | 20544 | $450.00 |
| 6/26/2017 | 20547 | $1,238.25 |
| 6/23/2017 | 20550 | $486.00 |
| 6/23/2017 | 20554 | $25,000.00 |
| 6/27/2017 | 20556 | $5,000.00 |

9001

009018 : 0007708

MICHAEL D STONE

Account No [redacted]61

Michael Stone
Brian Stone
Farm Account
20559
6/28/2017
PAY TO THE ORDER OF J.Gordon Trucking $ **900.00
Nine Hundred and 00/100 DOLLARS
J.Gordon Trucking
Jason Gordon
250 CR 241
Wharton, TX 77488
MEMO 6/18/17–6/24/17

6/30/2017 20559 $900.00

Michael Stone
Brian Stone
Farm Account
20560
6/29/2017
PAY TO THE ORDER OF Eric Higgins Farms $ **450.00
Four Hundred Fifty and 00/100 DOLLARS
Eric Higgins
Eric Higgins Farms
2816 Golden Ave.
Bay City, TX 77414
MEMO 6/18/17–6/24/17

6/29/2017 20560 $450.00

Michael Stone
Brian Stone
Farm Account
20561
6/29/2017
PAY TO THE ORDER OF Ivery Trucking & Logistics Corp, LLC $ **1,700.00
One Thousand Seven Hundred and 00/100 DOLLARS
Ivery Trucking & Logistics Corp, LLC
111 Nina Lane
Stafford, TX 77477
MEMO 6/18/17–6/24/17

6/27/2017 20561 $1,700.00

Michael Stone
Brian Stone
Farm Account
20562
6/26/2017
PAY TO THE ORDER OF Walter Craig Jackson $ **450.00
Four Hundred Fifty and 00/100 DOLLARS
Walter C Jackson
4511 Oak Shadow Dr
Houston, TX 77091
MEMO 6/18/17–6/24/17

6/27/2017 20562 $450.00

Michael Stone
Brian Stone
Farm Account
20566
6/28/2017
PAY TO THE ORDER OF Versatile Hauling $ **450.00
Four Hundred Fifty and 00/100 DOLLARS
Versatile Hauling
Quincey Hayes
902 W. Carey Street
Wharton, TX 77488
MEMO 6/18/17–6/24/17

6/28/2017 20566 $450.00

Michael Stone
Brian Stone
Farm Account
20567
6/28/2017
PAY TO THE ORDER OF L&M Trucking $ **530.00
Five Hundred Thirty and 00/100 DOLLARS
L&M Trucking
Mark Pratt
2431 Wood 111
Markham, TX 77456
MEMO 6/18/17–6/24/17

6/26/2017 20567 $530.00

Michael Stone
Brian Stone
Farm Account
20570
6/27/2017
PAY TO THE ORDER OF Justin Oehlke $ **568.00
Five Hundred Sixty-Eight and 00/100 DOLLARS
Justin Oehlke
3218 Moeggee Road
Rosenberg, TX 77471

6/27/2017 20570 $568.00

Michael Stone
Brian Stone
Farm Account
20571
6/27/2017
PAY TO THE ORDER OF Walter Craig Jackson $ **450.00
Four Hundred Fifty and 00/100 DOLLARS
Walter C Jackson
MEMO 6/4/17–6/10/17

6/27/2017 20571 $450.00

Michael Stone
Brian Stone
Farm Account
20572
6/27/2017
PAY TO THE ORDER OF Cordis Upson $ **900.00
Nine Hundred and 00/100 DOLLARS
Cordis Upson
1052 York Street
Eagle Lake, TX 77434
MEMO 6/18/17–6/24/17

6/28/2017 20572 $900.00

Michael Stone
Brian Stone
Farm Account
20573
PAY TO THE ORDER OF RGS Grass $ 25,000
Twenty four thousand & ⁰⁄₁₀₀ DOLLARS

6/29/2017 20573 $25,000.00

Michael Stone
Brian Stone
Farm Account
20578
6/28/2017
PAY TO THE ORDER OF McCarty Jr, General $ **450.00
Four Hundred Fifty and 00/100 DOLLARS
General A McCarty Jr.
PO Box 134
Brazoria, TX 77422
MEMO 6/18/17–6/24/17

6/30/2017 20578 $450.00

9001

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

If you believe there is an error on your statement, or if you need additional information about a transaction listed on your statement, or if you believe a substitute check does not accurately reflect a transaction, send a written letter on a separate sheet to P.O. Drawer G, El Campo, Texas 77437 as soon as possible. We must hear from you no later than 60 days (40 days for Check 21 expedited recrediting rights) after we sent you the first statement on which the error or problem appeared. Otherwise, the account will be considered correct. You can telephone us with inquires at your local banking center or at 800-531-1401, but doing so will not preserve your rights.

In your letter, give us the following information:

1) Your name and account number.
2) The dollar amount of the suspected error.
3) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
4) For a substitute check explain why an original or better copy is necessary and provide sufficient information to identify the substitute check.

*The Check 21 Act procedures and expedited recrediting rights are only available to consumer customers. Check 21 will result in a reduction in the time between the cashing and clearing of a check. Please ensure that you have available funds on deposit before writing checks to avoid the risk of being overdrawn.*

In case of **errors or questions about your electronic transfers**, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you have use of the money during the time it takes us to complete the investigation.

TO REPORT LOST OR STOLEN PROSPERITY BANK DEBIT CARD, CALL YOUR LOCAL BANKING CENTER. AFTER HOURS, CALL 800-684-2132.

## THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT

YOUR BALANCE SHOWN ON THIS STATEMENT $ ____________

ADD + (IF ANY) DEPOSITS NOT SHOWN ON THIS STATEMENT $ ____________

TOTAL $ ____________

SUBTRACT - (IF ANY) CHECKS OUTSTANDING $ ____________

BALANCE $ ____________

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE

| CHECKS OUTSTANDING | | |
|---|---|---|
| NO. | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| MISC. CHARGES | | |
| TOTAL | | |

PLEASE EXAMINE THIS STATEMENT AT ONCE. NOTIFY US IN WRITING OF ANY CHANGE OF ADDRESS

## Oklahoma

**Central Oklahoma Area**

| Location | Phone |
|---|---|
| Edmond | 405-359-9199 |
| Norman | 405-307-9066 |
| Oklahoma City | |
| 23rd St | 405-943-8411 |
| Downtown | 405-228-0021 |
| Expressway | 405-810-4920 |
| I-240 | 405-616-2071 |
| Memorial | 405-748-3489 |
| Northwest | 405-722-7775 |

**Tulsa Area**

| Location | Phone |
|---|---|
| Owasso | 918-748-7140 |
| Tulsa | |
| Garnett | 918-748-7110 |
| Harvard | 918-748-4000 |
| Memorial | 918-748-4001 |
| Sheridan | 918-748-4002 |
| S Harvard | 918-748-4770 |
| Utica Square | 918-748-4299 |
| Utica Tower | 918-748-4110 |
| Yale | 918-748-7100 |

## Texas

**Bryan/College Station Area**

| Location | Phone |
|---|---|
| Bryan | |
| 29th St | 979-260-3252 |
| E University Dr | 979-731-1750 |
| N Texas Ave | 979-778-2900 |
| S Texas Ave | 979-779-1111 |
| Caldwell | 979-567-4665 |
| College Station | |
| Crescent Pointe | 979-774-1700 |
| Longmire Dr | 979-694-2222 |
| Rock Prairie Rd | 979-764-9443 |
| Southwest Pkwy | 979-693-1063 |
| Tower Point | 979-690-4780 |
| Wellborn Rd | 979-680-0357 |
| Hearne | 979-279-3438 |
| Huntsville | 936-291-3232 |
| Madisonville | 936-348-2711 |
| Navasota | 936-825-2274 |
| New Waverly | 936-344-6691 |

**Central Texas Area**

| Location | Phone |
|---|---|
| Austin | |
| Allandale | 512-407-6070 |
| Congress | 512-472-5433 |
| Northland | 512-458-1384 |
| Oak Hill | 512-891-1800 |
| Research Blvd | 512-331-5402 |
| Westlake | 512-485-7600 |
| Bastrop | 512-308-9957 |
| Canyon Lake | 830-964-6600 |
| Cedar Park | 512-260-9199 |
| Dime Box | 979-884-2354 |
| Dripping Springs | 512-858-1256 |
| Elgin | 512-285-3311 |
| Flatonia | 361-865-2953 |
| Georgetown | 512-869-4160 |
| Kingsland | 325-388-4551 |
| La Grange | 979-968-8451 |
| Lakeway | 512-261-1122 |
| Lexington | 979-773-4417 |
| Liberty Hill | 512-778-5355 |
| New Braunfels | |
| Downtown | 830-608-5501 |
| Gruene | 830-629-8970 |
| Pleasanton | 830-569-5561 |
| Round Rock | 512-248-0101 |
| San Antonio | |
| San Pedro N | 210-826-2161 |
| Schulenburg | 979-743-2500 |
| Seguin | 830-379-2222 |
| Smithville | 512-237-9649 |
| Thorndale | 512-898-2503 |
| Weimar | 979-725-9401 |

**Dallas/Ft. Worth Area**

| Location | Phone |
|---|---|
| Arlington | 817-635-2900 |
| Azle | 817-378-2240 |
| Balch Springs | 972-286-5452 |
| Cedar Hill | 972-291-6246 |
| Dallas | |
| Abrams Centre | 972-238-9292 |
| Camp Wisdom | 214-467-6996 |
| Central Expy | 972-913-3196 |
| Kiest | 214-371-6000 |
| Preston Forest | 972-661-0399 |
| Preston Rd | 972-447-4580 |
| Turtle Creek | 214-521-4800 |
| Turtle Creek-LPO* | 214-780-2000 |
| Westmoreland | 214-330-3800 |
| Ennis | 972-875-8461 |
| Fort Worth | |
| Stockyards | 817-378-2200 |
| Frisco | |
| Gaylord Parkway | 214-619-1265 |
| Main St | 972-712-4499 |
| Gainesville | 940-668-8531 |
| Glen Rose | 254-898-0551 |
| Granbury | 817-573-0300 |
| Haltom City | 817-378-2230 |
| Keller | 817-378-2210 |
| McKinney | |
| Central Expy | 972-548-4000 |
| Stonebridge | 972-548-1367 |
| Mesquite | 972-913-3347 |
| Muenster | 940-759-5000 |
| Plano | |
| Midway | 972-473-9000 |
| Preston Rd | 469-229-9334 |
| Red Oak | 972-617-7377 |
| Roanoke | 817-378-2250 |
| Sachse | 972-530-7999 |
| Sanger | 940-458-7404 |
| The Colony | 972-625-2002 |
| Waxahachie | 972-935-9023 |
| Weatherford | 817-594-0533 |

**East Texas Area**

| Location | Phone |
|---|---|
| Athens | 903-675-8511 |
| Blooming Grove | 903-695-2311 |
| Canton | 903-567-4181 |
| Carthage | 903-693-7161 |
| Corsicana | 903-872-0077 |
| Crockett | 936-546-2265 |
| Eustace | 903-425-7031 |
| Gilmer | 903-843-5525 |
| Grapeland | 936-687-4814 |
| Gun Barrel City | 903-887-3333 |
| Jacksonville | 903-586-9861 |
| Kerens | 903-396-2222 |
| Longview | 903-291-5500 |
| Mt. Vernon | 903-588-2243 |
| Palestine | 903-729-3228 |
| Rusk | 903-683-2286 |
| Seven Points | 903-432-3611 |
| Teague | 254-739-2558 |
| Tyler | |
| Beckham | 903-593-1767 |
| S Broadway | 903-939-2265 |
| University Blvd | 903-566-5575 |
| Winnsboro | 903-342-5205 |

*Loan Production Office, including corporate and private banking

**Houston Area**

| Location | Phone |
|---|---|
| Angleton | 979-849-6404 |
| Bay City | 979-245-4200 |
| Beaumont | 409-898-2128 |
| Bellaire | 713-666-2511 |
| Cleveland | 281-592-2661 |
| Cypress | |
| Fairfield | 281-373-0080 |
| U.S. 290 | 281-373-0062 |
| Dayton | 936-258-7581 |
| East Bernard | 979-335-7573 |
| El Campo | 979-543-2200 |
| Galveston | 409-762-2103 |
| Groves | 409-962-8458 |
| Hempstead | 979-826-2431 |
| Hitchcock | 409-986-5547 |
| Houston | |
| Aldine | 281-987-7600 |
| Alief | 713-666-2511 |
| Beltway West | 281-970-9636 |
| Copperfield | 281-345-9555 |
| Downtown | 713-693-9250 |
| Eastex Freeway | 281-449-8282 |
| Gessner | 713-242-1030 |
| Gladebrook | 832-249-7600 |
| Heights | 713-861-1125 |
| Highway 6 West | 281-496-9103 |
| Little York | 713-242-1010 |
| Medical Center | 713-693-9275 |
| Memorial Dr | 713-465-0300 |
| Northside | 713-226-5300 |
| Plaza | 713-666-2511 |
| River Oaks | 713-693-9400 |
| SW Medical Ctr | 713-777-0760 |
| Tanglewood | 713-693-9225 |
| Uptown | 713-892-4700 |
| Waugh Dr | 713-693-9100 |
| West University | 281-902-1650 |
| Westheimer | 713-781-7171 |
| Wirt | 713-242-1060 |
| Woodcreek | 281-443-7600 |
| Katy | |
| Cinco Ranch Blvd | 281-693-6800 |
| Fry Road | 713-666-2511 |
| Grand Parkway | 713-666-2511 |
| Pin Oak | 713-666-2511 |
| Spring Green | 281-584-8660 |
| Liberty | 936-336-5731 |
| Magnolia | |
| Goodson Rd | 281-356-8211 |
| Parkway | 936-442-5915 |
| Mont Belvieu | 281-576-5444 |
| Nederland | 409-727-2153 |
| Needville | 979-793-4211 |
| Pearland | |
| Shadow Creek | 713-340-0652 |
| Richmond | |
| Pecan Grove | 281-762-6700 |
| Rosenberg | 832-595-7980 |
| South Houston | |
| Pasadena | 713-943-8833 |
| Spring | 832-717-3260 |
| Sugar Land | |
| First Colony | 281-902-1750 |
| Southwest Fwy | 281-269-7200 |
| The Woodlands | |
| I-45 | 281-292-6691 |
| College Park | 713-669-3316 |
| Research Forest | 832-663-4500 |
| Tomball | 281-290-0404 |
| Waller | 936-372-9404 |
| Webster | |
| Clear Lake | 281-332-3595 |
| West Columbia | 979-345-3141 |
| Wharton | 979-282-2000 |
| Winnie | 409-296-3000 |

**South Texas Area**

| Location | Phone |
|---|---|
| Alice | 361-664-5446 |
| Aransas Pass | 361-758-5624 |
| Beeville | 361-358-3612 |
| Corpus Christi | |
| Calallen | 361-387-5235 |
| Carmel | 361-814-2935 |
| Northwest | 361-241-6817 |
| Padre Island | 361-949-1846 |
| Saratoga | 361-854-0728 |
| Timbergate | 361-986-7800 |
| Water St | 361-887-8771 |
| Cuero | 361-275-2374 |
| Edna | 361-782-3533 |
| Goliad | 361-645-3246 |
| Gonzales | 830-672-7551 |
| Hallettsville | 361-798-4357 |
| Kingsville | 361-592-2636 |
| Mathis | 361-547-3336 |
| Palacios | 361-972-5481 |
| Port Lavaca | 361-552-7411 |
| Portland | 361-643-2565 |
| Rockport | 361-729-7411 |
| Sinton | 361-364-1261 |
| Taft | 361-528-2566 |
| Victoria | |
| Colony Creek | 361-573-1088 |
| Main St | 361-573-6321 |
| Navarro | 361-788-2700 |
| North | 361-573-1993 |
| Yoakum | 361-293-5221 |
| Yorktown | 361-564-2291 |

**West Texas Area**

| Location | Phone |
|---|---|
| Abilene | |
| Antilley Rd | 325-794-3300 |
| Barrow St | 325-794-2000 |
| Cypress St | 325-794-1000 |
| Judge Ely | 325-794-3100 |
| Mockingbird | 325-794-3200 |
| Big Spring | 432-267-5555 |
| Brownfield | 806-637-7626 |
| Brownwood | 325-646-6500 |
| Cisco | 254-442-2211 |
| Comanche | 325-356-7517 |
| Early | 325-643-2748 |
| Floydada | 806-983-3725 |
| Gorman | 254-734-2254 |
| Levelland | 806-894-5296 |
| Littlefield | 806-385-5149 |
| Lubbock | |
| 4th St | 806-784-4000 |
| 66th St | 806-767-6600 |
| 82nd St | 806-767-8200 |
| 86th St | 806-474-3000 |
| 98th St | 806-798-9810 |
| Avenue Q | 806-767-7000 |
| N University | 806-767-7240 |
| Texas Tech | 806-740-3400 |
| Merkel | 325-928-4728 |
| Midland | |
| Wadley | 432-694-6100 |
| Wall St | 432-571-4960 |
| Odessa | |
| Grandview | 432-550-3334 |
| Grant | 432-580-2300 |
| Kermit Highway | 432-333-3400 |
| Parkway | 432-580-2380 |
| Plainview | 806-293-3888 |
| San Angelo | 325-949-0222 |
| Slaton | 806-828-4282 |
| Snyder | 325-573-4041 |